


# *AMENDED* EXHIBIT LIST[1]

X PLAINTIFF ___ DEFENDANT ___ JOINT

___ GOVERNMENT ___ COURT

CASE NO. 8:15-cv-240-T-30TBM
STYLE: MANUEL GONZALEZ, ET AL. V. GEICO GENERAL INSURANCE COMPANY

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1. | | 2/27/17 | Joel Baker | | ClaimIQ Investigation, Liability, Injury and Negotiation Activity Logs (GLC-CIQ 0007 – 16) |
| 2. | | | | | 12/8/09 Fax with attachment from Spine & Orthopedic Center to James Guarnieri (Guarnieri 1050 – 52) |
| 3. | | 2/27/17 | Joel Baker | | 12/10/09 Fax from James Guarnieri to GEICO, with fax confirmation (Included within Exhibit 96 to Depositions) |
| 4. | | 3/1/17 | Gary Getty | | Composite of Gary Gertz's performance records Bate Stamped pgs. 323-326, 328-329, 332-335, 442-444, 445-450, 457-458 |
| 5. | | | | | Composite of GEICO employees' performance records (filed at Dkt.115-4, 115-5, 115-6 and GHR-459 – GHR-568) |
| 6. | | | | | Excerpts of GEICO's Business Plans (G-BP-001 – G-BP-008) |
| 7. | | 2/27/17 | Joel Baker | | Chapter 3 of GEICO's 2009 Claim Manual – Reserving (GCM 22 – 41) |

1 Omitting the parties objections and stipulations, per the Court's request.

| | | | | | |
|---|---|---|---|---|---|
| 8. | | | | | GEICO's production of documents from Claim File for Manuel Gonzalez's Policy (GLC 153 – 2516) |
| 9. | | | | | GEICO's production of documents from Claim File for Aleli Ruiz's Policy (GLC-ruiz 0020 – 154) |
| 10. | | | | | Screenshots of GEICO's ClaimIQ for Manuel Gonzalez's Policy (GLC CIQ-1 – 79) |
| 11. | | | | | Screenshots of GEICO's ClaimIQ for Aleli Ruiz's Policy (Ruiz GLC-CIQ- 1– 88) |
| 12. | | | | | Screenshots of Electronic Claim File for Manuel Gonzalez's Policy (GLC-ECF 1 – 181) |
| 13. | | | | | Screenshots of Electronic Claim File for Aleli Ruiz's Policy (Ruiz GLC-ECF 1 – 36) |
| 14. | | | | | Screenshots of GEICO's Mainframe for Manuel Gonzalez's policy (GLC-MF-001 – 48) |
| 15. | | | | | Screenshots of GEICO's Mainframe for Aleli Ruiz's Policy (Ruiz GLC-MF-001 – 17) |
| 16. | | | | | GEICO's production of documents from Home Office Claim File (GHOC-001 – 259) |
| 17. | | | | | GEICO's production of Brian Nockleby's E-Mails (Nockleby 1 – 220) |
| 18. | | | | | GEICO's production of documents from Staff Attorney's Litigation Claim File (Staff-atty 001 – 104) |

| | | | | | |
|---|---|---|---|---|---|
| 19. | | | | | Documents produced in Plaintiffs' Response to GEICO's First Request for Production – Goodis Thompson firm's file from underlying litigation (GTM 0001-20853, *with redactions or omissions as noted on Plaintiff's privilege log*) |
| 20. | | | | | James Guarnieri's Response to Subpoena for records (Guarnieri-0001 – 1495) |
| 21. | | | | | Exhibit 96 to Depositions – Records produced by James Guarnieri from his file in response to GEICO's subpoena duces tecum for deposition |
| 22. | | | | | Windhaven Insurance Company's Response to Subpoena for records (WHaven-sdt 01-614) |
| 23. | | | | | GEICO's production of claims manuals (GCM 0001 – 1311) |
| 24. | | | | | GEICO's production of training materials (GTM 0001 – 28286) |
| 25. | | | | | GEICO's production of documents from employees' personnel files (GHR001 – 439) |
| 26. | | | | | GEICO's Profit Sharing Plan Memoranda (GHR 0531 – 588) |
| 27. | | 2/27/17 | Joel Baker | | 2009 CU Central Training Manual and 2009 TCR-2 Central Training Manuals (GTM 00002 – 54, 69 – 219, 244 – 374, 640 - 641, 644 – 661, 677 – 800, 1089 – 1418)[2] |

2 Exhibit 27 is excerpts from Plaintiffs' Composite Exhibit 24.

| | | | | | |
|---|---|---|---|---|---|
| 28. | | 2/28/17 | Kathy Deese | | Kathy Deese's GHR 195-205, GHR 318-326, GHR 166-169, GHR 352-354, GHR 180-183, GHR 327, GHR 153-165, + GHR 328-334 |
| 29. | | | | | Carl Tims' Mid-Year and Annual Reviews (*redacted by GEICO*) – (GHR-555 – 556, 561, 564 – 567)[4] |

3 Exhibit 28 is excerpts from Plaintiffs' Composite Exhibits 5 and 25.

4 Exhibit 29 is excerpts from Plaintiffs' Composite Exhibit 5.