**Statistics of Soft Tissue Injury Claims**

From a review of over 87,000 closed auto claims from the largest auto insurance carriers, these results were found:



- 85% of auto injury claimants reported strain or sprain injuries either alone or in combination with other injuries

- 75% of the cases had sprain/strain listed as the most serious injury

- 61% of the cases has sprain/strain as the only injury reported

- The next highest concentration of an injury was a minor laceration that was reported in 12% of claims.

Overall GEICO reports that 50% of all diagnoses in reported injuries use only 6 different diagnostic codes. All of these codes are attributed to soft tissue injuries. So what does this mean to you as the TCR2 adjuster? It means that the massive majority of settlements you will handle will involve these types of injuries.

<u>Whiplash</u>

When narrowing down the most prevalent types of soft tissue injuries, the whiplash injury is usually the most common of these types of injuries. This is because the most popular type of accident is the "rear-ender".

Earlier we discussed that front and rear impacts commonly cause hyperextension & hyperflexion of the neck. This sudden hyperextension and hyperflexion will cause a strain of the muscles and sprain of the ligaments that move and support the head and neck (cervical spine).

The neck is prone to a whiplash type of injury because of the demands placed on the cervical spine. The cervical vertebrae are connected with ligaments and supported by muscles. Together, these structures must provide our heads with support and allow a wide range of motions. These demands make our necks prone to whiplash or a neck strain injury. When the muscles or ligaments are injured, and the demands of the cervical spine are compromised, the resulting pain quickly interferes with the daily lives of the injured party(s). That's why whiplash injuries are so problematic. Let's look at an illustration on the mechanism of injury involved with a whiplash injury:

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**



As you can see from the illustration above, when a vehicle is struck in the rear and driven forward, the vehicle seats accelerate occupants' torsos forward. Unsupported, the occupants' heads will lag behind the forward movement of their torsos. This differential motion causes the neck to bend back and stretch. The higher the torso acceleration the more sudden the motion, the higher the forces on the neck, and the more likely a neck injury is to occur.  It is known that people can experience severe crashes with no neck injury if there is little or no movement of the head relative to the torso.

Consequently, neck distortion resulting from sudden movement of the head relative to the torso probably explains most whiplash injuries. Although the Insurance Institute for Highway Safety is making great strides in research that will decrease the frequency of whiplash type injuries, there are no signs that these types of injuries will decrease in the near future.  They do agree that the key to reducing whiplash injury risk is to keep the head and torso moving together when the impact occurs.

In the United States, neck sprains and strains are the most frequently reported injury in insurance claims. In 1997, it is estimated that 66 percent of all insurance claimants under bodily injury liability coverage and 59 percent under personal injury protection coverage -- the two most important insurance injury coverages -- reported a minor neck injury. For 42 and 36 percent of injury claimants, respectively, neck sprains or strains was the most serious injury reported. The cost of just these injury claims where neck pain was the most serious was $7 billion.

Whiplash injuries can occur in any kind of crash but occur most often in rear-end collisions. A 1999 Institute study found that 26 percent of rear-struck vehicle drivers reported neck injuries. This was essentially the same as the 24 percent neck injury rate reported in a 1972 Institute study. Estimates of neck injury rates in other studies have ranged from 7 to 37 percent, depending on whether police or motorists reported the information.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

### Treatment of Soft Tissue Injuries

As you can see from the discharge instructions noted earlier in this lesson, the most commonly used methods to treat most soft tissue injuries include the following:

- Rest
- Ice - After 24 hours, continue ice treatment or switch to heat.
- Compression with an ACE bandage (if applicable)
- Elevation (if the injury is to an extremity)
- Pain relievers, muscle relaxants and Non-steroidal anti-inflammatory drugs **(NSAIDs)**
- Physical therapy used to regain strength and normal use of the joint

This is pretty much the standard treatment protocol after any soft tissue injury diagnoses. Since the majority of soft tissue injuries heal on their own within a certain timeframe, there are many cases in which you will only receive ER documentation for an injured party. These cases are normally easy to evaluate and settle.

There are many injured party(s) that opt to follow-up with a provider for therapy or follow-up care. This is certainly not an abnormal finding. When choosing this follow-up care, the injured party(s) can do this several different ways:

1. Follow-up with the family MD – The family doctor can prescribed more medication if necessary and can refer the Insured/claimant to PT if indicated. If further diagnostic imaging is warranted, this physician can make those referrals (i.e. referral to a neurologist, orthopedist, etc.). The family MD will continue to manage care until maximum medical improvement is obtained.

2. Follow-up with an Orthopedist – Many discharge instructions will include advice from the ER doctor to follow-up with an orthopedist. Like the family doctor, the orthopedist can prescribe more medication to control the inflammation and pain. The orthopedist will sometimes refer the patient for in-house therapy at their clinic.

The major difference between the orthopedist and the family doctor is that the orthopedist can perform a more comprehensive physical examination that will provide them a wealth of information. In order to prevent time delays and to reduce costs, most orthopedists require the injured party(s) to bring in x-rays taken previously in the ER setting. If additional diagnostic imaging is required, the orthopedist can refer them for additional testing.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

3.  <u>Follow-up with a Chiropractor</u> – Many injured party(s) choose to perform their follow-up care with a chiropractor.  Chiropractors, also known as *doctors of chiropractic* or *chiropractic physicians*, diagnose and treat patients whose health problems are associated with the body's muscular, nervous, and skeletal systems, especially the spine. Chiropractors believe that interference with these systems impairs the body's normal functions and lowers its resistance to disease. They also hold that spinal or vertebral dysfunction alters many important body functions by affecting the nervous system. Chiropractors are not medical doctors and cannot prescribed actual medication to their patients.

You will see chiropractors attempt to prescribe herbal medicine to their patients, although these medications are not covered by most normal health plans.  Most chiropractors take x-rays of their patients, even if recent ones have been taken. Chiropractors perform physical therapy by palpation i.e. hands-on "adjustments" also called "manipulations," and they, or their assistants, provide "passive" treatment e.g. hot packs, electrical stimulation, and ultrasound therapy.  An example of chiropractic "active" treatment is therapeutic exercise such as weight lifting to strengthen a muscle area.  Spinal manipulation is performed on the patient with the goal of improving the body's natural healing tendencies by adjusting spinal alignment.

4.  <u>Follow-up with an Osteopath</u> - Osteopathy is a system of diagnosis and treatment which emphasizes methods of recognizing and alleviating structural and mechanical problems of the body.  Osteopaths are similar to chiropractors in that they believe that the adequate function of body systems depends upon the unimpeded circulatory mechanisms, nerve impulses and neurotrophic influences.  Like chiropractors, they also perform spinal adjustments with the same intentions.  In the United States, Osteopaths are considered Primary Care Physicians, alongside Medical Doctors. They are able to prescribe medication and some continue training as surgeons.

5.  <u>Follow-up with an Acupuncturist</u> – Many injured party(s) choose to relieve pain through the use of acupuncturist.  These Practitioners use small needles inserted into certain pressure points to decrease pain in patients.  Insured/claimants who choose this form of pain therapy usually do so due to <u>chronic pain</u> where medication has been ineffective.  The "puncture" in acupuncture refers to insertion of tiny needles at certain very specific points on the surface of the body. The treatments vary widely, depending on the individual practitioner and the style of acupuncture. There are several "schools," including Chinese, Korean, Japanese, and a westernized version (based on neurology, not Oriental medical philosophy) called trigger-point therapy. Most practitioners of Oriental-style acupuncture perform at least a partial physical examination at the first visit (including extensive pulse-taking and, possibly, examination of the tongue and palpation of the abdomen). They also tend to take a very detailed medical history, including nutritional habits and other environmental factors.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

The actual insertion of the hair-thin, disposable needles has been described as feeling like a mosquito bite. After insertion, the needles may be stimulated by twirling them or connecting them to a mild electrical current (there is no risk of electrical shock). This stimulation may cause a mild tingling or aching sensation referred to as "de qi." The needles may be inserted from a fraction of an inch up to about one inch deep. They can either be withdrawn a few seconds after insertion or kept in place for up to 30 minutes.  This treatment is usually considered after medication and pain relief methods have failed to provide relief.

According to the National Institute of Health panel, if an injured party(s) hasn't obtained relief after 10 sessions of acupuncture, the therapy isn't working and should be stopped. In general, chronic pain relief should be perceptible after about six sessions if it's going to happen at all.  A responsible acupuncturist will acknowledge when treatment seems to be ineffective and should not pressure an injured party(s) to continue.

Depending on the nature of the injury and the subsequent problems that arise along the treatment plan, an injured party(s) can be referred to other providers for various reasons.  When reviewing the medical records for these doctors, continue to use your critical thinking skills when verifying that the treatment is accident related.  Using the "But For" rule is a helpful way of analyzing this situation.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**



GTM01137

## Physical Therapy

When treating a patient, many providers choose to put there patients on a physical therapy plan.  This was mentioned earlier when discussing standard treatment for soft tissue injuries.  Although therapy is often used for other medical conditions (post heart attack and post stroke) it is more commonly seen with musculoskeletal disorders.  The primary purpose of physical therapy is to relieve pain and increase functionality of the injured area.  Physical therapy is usually prescribed along with the standard medications used for treating inflammation and muscle spasms.  The injured party commonly is reevaluated by the provider often to check for treatment progression and this follow-up type billing is not abnormal.

When a patient reports to a doctor on the initial visit, the preliminary examinations will depend larger on who is providing the care.  We mentioned this earlier when discussing the types of providers normally utilized for accident related injuries.  Regardless, the depth of the treatment plan will depend on the depth of injury.

The need for further diagnostic testing may occur anytime based on the subjective symptoms displayed by the injured party(s) during treatment.  The treatment plan can also be adjusted based on how he/she progresses through treatment.

We will soon explore common treatments for soft tissue injuries.  Before we do that, let's take a closer look at a typical treatment plan as written by an orthopedist:



Confidential Information of GEICO Companies
© Government Employees Insurance Company

## PHYSICIAN'S ORDERS TREATMENT PLAN

Patient Name: _____ Date: _____

Diagnosis:
733.4 = Cervical Radiculitis
739.1 = Cervical Segmental Dysfunction     MVA = Driven
739.2 = Thoracic Segmental Dysfunction
728.85 = Muscle Spasm C/T Regions

Significant Findings:
Orthobratic/Hypo-in Cervicale     DJD at C5/C6
T-thoracic        w/ Dec spacing C5/C6-C6/C7
moderate Anterior head Carriage Anterior Spacing C5-C6

Treatment Areas:
C/T Regions

Treatment Frequency:
3x's a week for 4 weeks

Expected Length of Treatment:
Approx 3 months

Expected Re-Evaluation will be performed in:
Approx 30 days

√ Cervical Curve w/ Again
Ⓐ Cervical Compression
Ⓑ Jackson Compression
Ⓒ Cervical Distraction
Ⓓ Shoulder Depressors
Ⓔ Soto Hall

Pain upon palpat to C5 T Spine
Spasm of Tenderness C & T Spine
Guide 4 mr on (R) of upper extremities

GOALS:
Short Term:
( )  ____ Decrease Numbness/Tingling     ( √ ) Decrease Pain     ( √ ) Restore Normal Joint Function
( √ ) ____ Decrease Muscle Spasm     ( ) Return Patient To Work
( √ ) ____ Decrease Swelling/Inflammation     ( √ ) Improve Passive Range of Motion
( √ ) ____ Reduce Stiffness     ( √ ) Have Patient Perform Home Exercises

Long Term:
( √ ) ____ Increase Flexibility/ROM     ( ) Improve Balance/Coordination
( ) ____ Increase Endurance     ( √ ) Re-Education of Soft Tissue
( √ ) Restore Cervical Curve     ( √ ) Posture Correction
( √ ) Increase Strength     ( ) Avoid Chronicity

### PHYSICAL MEDICINE/REHABILITATION PROCEDURES:

Evaluations:
( √ ) Oswestry     ( ) Roland Morris     ( √ ) Neck Disability     ( ) Headache Questionnaire     ( ) General Pain Index
( ) Quadruple Pain Index     ( ) Shoulder Questionnaire

Rehabilitation:
Initial treatment will include: ( ) Iontophoresis     ( √ ) Electric Stimulation     ( √ ) Heat     ( √ ) Ice     ( √ ) Home Exercises
Passive Therapy will continue for approximately 2-4 weeks Initial Goals: Reduce pain and inflammation to this region.
Rehab will begin in approximately: When pain decreases by 25% rehab will begin
Rehab treatment will include: ( √ ) Therapeutic Exercises     ( √ ) Therapeutic Activities     ( √ ) Neuro-Med     ( √ ) Man Therapy
Therapeutic Goals: Same as listed above under Short & long term goals.

Rehabilitation Evaluation     Pain Management:     Diagnostic Testing Recommended     Referral To:
( √ ) ROM Testing     ( ) Tens Unit     ( ) NCV/DSEP     ( ) Pain Management
( √ ) Muscle Testing          ( ) DX Ultrasound     ( ) Neurologist
                              ( ) MRI     ( ) Orthopedist
                                          ( ) Other.

Discharge Protocol: Undetermined at this time.

Recommendations: Rest, ice, have pt start HEP ASAP. Have pt start travel ROM exercise Plan. Home daily ASAP to restore cervical curve. Have pt. avoid prolonged flexion, extension, driving.

Dr. Signature: _____     Date 7/21/___

CONFIDENTIAL

52

**<u>Passive and Active Physical Therapy for Soft Tissue Injuries</u>**

Now that we have learned a little about treatment options and treatment plans, let's examine some physical therapy modalities.  Physical therapists are trained to improve movement and function of the injured area, relieve pain and expand movement potential.  They will evaluate the problem, identify goals and establish and implement an individualized treatment plan.

Treatment is based on 4 principles:

1.  pain reduction
2.  neurological rehabilitation
3.  improved range of motion
4.  increased strength

To reduce pain, the physical therapists may use any or all of the following:

- Hot and cold treatments help reduce pain and increase circulation
- Joint and soft tissue mobilization which is a hands-on technique to loosen restrictions that can lead to stiffness and pain
- Exercise which decreases immobilization and pain in joints and soft tissue, boosts circulation and helps the injured person feel better all over.

<u>Passive vs. Active Treatment</u>

Passive therapy is any modality that does not require the active participation on the part of the patient and includes the use of:

- hot/cold packs
- electrical stimulation
- massage
- ultrasound
- mechanical traction
- Transcutaneous electrical nerve stimulation (TENS)
- Manipulation

Let's take a closer look at some examples of these passive modalities:

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

## Hot/Cold Packs (See example #9)

Cold packs – cold packs, freezing spray, ice massage and ice bag

Heat packs – hot packs, hot baths, moist warm towels, water bottles, hydroculator packs, diathermy, infrared lamps, and whirlpool and paraffin baths.

## Electrical Stimulation (See example #10)

Electrical stimulation is used in treatment of myofascial pain (muscular tissue), muscle sprain and edema (swelling) associated with acute injury.  The purpose of e-stimulation is to:

- Relieve pain (acute and chronic)
- Relieve muscle spasm
- Increase blood supply
- Decrease swelling/edema
- Re-education of muscles atrophied from disuse
- Prevent or retard muscle atrophy
- Iontophoresis is a method of driving corticosteroids into tissues with electrical stimulation.  It is used to decrease joint swelling and pain.  Topical creams used are hydrocortisone and lidocaine.

## Massage (See example #11)

The purpose of massage is to produce therapeutic effects of muscular and nervous systems of the body, and improve local and general circulation.  Massage produces a mechanical stimulation of body tissue with rhythmically applied pressure and stretching.  Some of the mechanical effects include an increase in circulation. This relieves pain, mobilizes contracted tissues, and reduces swelling associated with trauma.

## Ultrasound (See example #12)

With ultrasound therapy, sound wave crystals vibrate in response to electrical current and cause tissues to vibrate and generate heat.  This is normally used to reach deep tissues.  Phonphoresis is method of driving corticosteroids into tissues with ultrasound.  It is used to decrease joint swelling and pain.  Topical creams used are hydrocortisone and lidocaine.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

54

### Traction (See example #13)

Traction is the action of applying an external force to a joint or series of joints to cause a separation of the joint space.  Three types of traction are as follows:

- manual
- mechanical that uses weight or mechanical equipment to stretch or pull continuously
- intermittent is applied manually, gradual pulling with relaxation.

The purpose of traction is to:

- Relieve muscle spasm and pain
- Relieve pressure on nerve roots as they exit intervertebral space.  Widen disc spaces narrowed by disc degeneration or arthritis
- Stretch intervertebral muscles and ligaments
- Reduce swelling and promote circulation
- Prevent formation of adhesions

### Transcutaneous electrical nerve stimulation (TENS) (See example #14)

Transcutaneous electrical nerve stimulation is based on the application of low intensity pulsed electrical current through the skin to a peripheral nerve or nerves and is used to reduce myofascial pain.  It is a battery operated electrical impulse generator with the electrodes being applied to skin over trigger or motor points.  These units are sometimes rented versus being purchased and are considered Durable Medical Equipment (DME).

TENS is seldom a cure in acute and chronic pain conditions.  However, it is an effective way of reducing pain without medication so that other treatments, like exercise can be performed.

The first 7-10 days after an injury is considered the acute phase of the injury.  **The use of passive modalities during the acute phase of the injury is acceptable.**  Acute injury treatment is focused on pain management and passive care to decrease swelling and muscle spasms.  The passive modalities above facilitate the natural healing process that normally occurs during the acute phase.

---

**When used with musculoskeletal pain, passive physical therapy modalities have a role in decreasing patient symptoms, but have limited effectiveness in restoring full range of motion and function.**

---

Confidential Information of GEICO Companies
© Government Employees Insurance Company

Let's take a look at the billing manifest for a patient whose PT regimen that consisted of nothing but passive therapy:

**Chiropractic and Inju*** **v**
Chiropractic Assoc

Page: 1                                                                                           1/6/2 III

Patient:

Chart #:
Case #:

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/2004 | New Patient Office Visit | 99205 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 165.00 |
| 10/26/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 10/26/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 10/27/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 10/27/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 10/27/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 10/29/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 10/29/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 10/29/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/1/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/1/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/1/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/3/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/3/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/3/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/5/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/5/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/5/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/8/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/8/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/8/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/10/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/10/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/10/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/12/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/12/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/12/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |

**Provider Information**
Provider Name:
License:

SSN or EIN:

Total Charges:     $ 855.00

Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01143

# Chiropractic and Injury
### Chiropractic Assoc

Page: 2

Patient:

Chart #:
Case #:

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|------|-------------|-----------|--------|------|------|------|------|-------|--------|
| 11/12/2004 | Adjustment 3-4 Areas | 98941 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 11/15/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/15/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/15/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/15/2004 | Adjustment 3-4 Areas | 98941 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 11/17/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/17/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/17/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/19/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/19/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/19/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/19/2004 | Adjustment 3-4 Areas | 98941 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 11/22/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/22/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/22/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/24/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/24/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/24/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/29/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/29/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 11/29/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 11/29/2004 | Adjustment 3-4 Areas | 98941 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 12/3/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/3/2 | ... | ... | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 12/3/2 | | | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/6/2 | | | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 12/6/2 | | | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |

**Provider Information**

Provider Name:
License:

SSN or EIN:

Total Charges:  $ 830.00

CONFIDENTIAL!

# Chiropractic and Injury
## Chiropractic Assoc

Patient:

Chart #:

Case #:

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|------|-------------|-----------|--------|------|------|------|------|-------|--------|
| 12/6/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 70.00 |
| 12/6/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/8/2004 | Adjustment 3-4 Areas | 98941 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 12/8/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 12/9/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/8/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/10/2004 | Adjustment 3-4 Areas | 98941 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 12/10/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 12/10/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/10/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/13/2004 | Adjustment 3-4 Areas | 98941 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 12/13/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 12/13/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/13/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/15/2004 | Adjustment 3-4 Areas | 98941 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 12/15/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 12/15/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/15/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/17/2004 | Adjustment 3-4 Areas | 98941 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 12/17/2004 | Heat/Ice | 97010 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 20.00 |
| 12/17/2004 | Mechanical Traction | 97012 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/17/2004 | | | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/28/2004 | | | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |
| 12/28/2004 | | | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/28/2004 | | | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/28/2004 | Electric Muscle Stimulation | 97014 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 30.00 |
| 12/29/2004 | Adjustment 3-4 Areas | 98941 | | 847.0 | 847.1 | 847.2 | 784.0 | 1 | 50.00 |

Total Charges:  $890.00

Signature

CONFIDENTIAL

Following the acute phase (7-10 days), the treatment plan should change to include some form of active therapy.  Active therapy is any modality that requires active participation on the part of the patient and includes:

- Physical exercise
- Therapeutic exercise
- Range of motion
- Aquatic therapy

Passive therapy after the acute phase of the injury should only continue in conjunction with an active modality.  At this phase, passive therapy without active modalities does not help the patient improve.  An emphasis should be on exercise to improve posture, ROM, strength, power, and endurance as the treatment program progresses.  The treatment plan must progress to include active exercise to restore normal body tone and functioning.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

This is the most important area of emphasis with active therapy for any rehabilitation program involves the use of the following type of exercise modalities:

- Range of motion
- Weight lifting
- Sit-ups
- Treadmill
- Aquatic therapy

**Let's take a look at a billing summary showing both passive and active therapy**



**Statement of Account**

HEALTH CARE

| | | | Account No. | -0000 | | Page # | 1 |

| | | | Date | 01/03/2 |

| Date | For | Description | Ref | Charges | Credits |
|------|-----|-------------|-----|---------|---------|
| 07/21/2004 | ELSIE | CERVICAL AP & LATERAL | 25002 | 100.00 | |
| 07/21/2004 | ELSIE | THORACIC AP & LATERAL | 25002 | 100.00 | |
| 07/21/2004 | ELSIE | NEW PATIENT EXAM- INTERME | 25002 | 150.00 | |
| 07/21/2004 | ELSIE | ELECTRICAL STIMULATION UN, | 25002 | 35.00 | |
| 07/21/2004 | ELSIE | HOT/COLD PACKS UNATT. | 25002 | 25.00 | |
| 07/21/2004 | ELSIE | MANUAL THERAPY (15 MIN) | 25002 | 50.00 | |
| 10/04/2004 | ELSIE | INSURANCE PAYMENT | 25002 | | -460.00 |
| 07/22/2004 | ELSIE | ELECTRICAL STIMULATION UN, | 25040 | 35.00 | |
| 07/22/2004 | ELSIE | ULTRASOUND ATTENDED | 25040 | 35.00 | |
| 07/22/2004 | ELSIE | HOT/COLD PACKS UNATT. | 25040 | 25.00 | |
| 07/22/2004 | ELSIE | MECHANICAL TRACTION UNAT | 25040 | 30.00 | |
| 07/22/2004 | ELSIE | MANUAL THERAPY (15 MIN) | 25040 | 50.00 | |
| 10/04/2004 | ELSIE | INSURANCE PAYMENT | 25040 | | -175.00 |
| 07/23/2004 | ELSIE | ELECTRICAL STIMULATION UN. | 25051 | 35.00 | |
| 07/23/2004 | ELSIE | ULTRASOUND ATTENDED | 25051 | 35.00 | |
| 07/23/2004 | ELSIE | MECHANICAL TRACTION UNAT | 25051 | 30.00 | |
| 07/23/2004 | ELSIE | MANUAL THERAPY (15 MIN) | 25051 | 50.00 | |

Confidential Information of GEICO Companies
© Government Employees Insurance Company

## Chiropractic Manipulation (See example #15)

Earlier we looked at options an injured party(s) has when receiving follow-up care after being diagnosed with a soft tissue injury.  Chiropractic care is a very common way of receiving treatment after experiencing a soft tissue injury of the spinal column.

The basic premise of Chiropractic science is that abnormalities and misalignments of the spine, defined as subluxations, distort and interrupt the normal function of the nervous system.  Chiropractors attempt to correct or reduce these subluxations through the adjustment of spinal structures.  Some chiropractic techniques are:

**Adjustment** – The correction of a vertebral subluxation

**Impulse** – A sudden force directionally applied to correct a mal-positioned joint

**Thrust** - The act of putting a bony segment in motion using a directional force

**Torque** - A rotational or twisting vector applied when adjusting certain vertebral

subluxations.

Some chiropractors commonly perform Surface EMG studies on their patients and claim that the test provides an objective measurement of overall spinal health by detecting electrical activity in the muscles along the spine, enabling them to screen patients initially and to follow the progress of their treatment.  As we stated earlier, surface EMG testing is investigational and is not always an accurate measurement of pathway dysfunction.

When reviewing the medical bills and treatment records generated from chiropractor visits, it is extremely important to understand the ideal treatment duration for typical soft tissue injuries.  If treatment is prolonged past this time, it is highly possible that the injured party(s) needs to be reevaluated by an orthopedist or neurologist.  If further diagnostic testing is warranted, the chiropractor will need to make that referral.  Be aware that some states do not give chiropractors the authority to refer patients for MRI/CT scans.

Weekly frequency guidelines are based on a decreasing treatment regimen from the date of loss.  This is your typical chart for a grade I – II sprain:

| Weeks | 1-3 | 4 | 5-8 | 9-12 |
|---|---|---|---|---|
| Frequency of chiro tx | 5 days/wk | 3 days/wk | 2 days/wk | 1 day/wk |

Excessive treatment should be noted if the injured party(s) continues medical treatment on a frequent basis beyond the appropriate healing time for their injury (especially in the absence of more severe subjective symptoms).  Let's take a look at notes illustrating frequent and possibly excessive treatment:

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

Date of Accident. 10-25-04

-10-26-04
Patient entered the office today complaining of headaches, neck, upper back and low back pain from a motor vehicle accident on 10-25-04. The patient states that the pain has been present since the day of the accident and has been constant with little relief. Orthopedic tests were performed and found to be positive in the cervical, lumbar and thoracic region with a decreased range of motion in both areas. Palpation of the lumbar, thoracic and cervical spine revealed spasms, edema and tenderness. Treatment today consisted of exam, consultation, muscle stimulation and ice. The patient should return 3 times weekly and use ice at home as discussed.

-10-27-04
The patient entered the office today complaining of headaches, neck, low back and upper back pain, which have remained the same from last visit. Range of motion remains the same today, with increased spasms and edema in both the cervical, lumbar and thoracic regions. Treatment will consist of traction, ice and muscle stimulation today and the patient should return 3 times weekly, as well as continue to use ice at home.

-10-29-04
The patient entered the office today complaining of headaches, neck, low back and upper back pain. The patient states that there is a minor relief in symptoms but continues to suffer with pain consistently. Treatment will consist of heat, muscle stimulation, and traction. The patient should return 3 times weekly and continue to use ice at home.

-11-1-04
The patient entered the office today complaining of neck, low back, and upper back pain, which have decreased slightly from last visit. Headaches have remained the same from last visit. The pain continues to occur daily with restrictions in daily living. Range of motion is slightly increased from last visit, and the patient states that the continued treatment is beginning to help. Treatment will consist of heat, traction and muscle stimulation. Patient should return 3 times weekly and use heat and ice at home.

-11-3-04
Patient relates minor improvement from last visit. There is less discomfort in the AM and more range of motion in both the neck and upper back. The frequency of the pain has decreased and the patient feels overall improvement. Treatment will consist of adjustment, traction, muscle stimulation, and heat. Patient should continue treatment 3 times weekly and use moist heat at home as discussed.

-11-5-04
Patient relates that his symptoms have remained the same today from last visit. Headaches continue to be present daily and there is swelling in the left knee. Motion in the cervical and thoracic spine is still restricted and there is spasm and edema in both these areas. Treatment will remain the same today. Patient should return 3 times weekly and use heat at home.

-11-8-04
Pain has increased today and patient states that there is less motion with pain in the AM.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

Palpation revealed an increase in spasm and edema as well as tenderness in the low back and neck. Headaches have decreased slightly but are still present daily. Treatment will remain the same today and patient should continue care 3 times weekly. Ice should be used for the increase in pain this evening.

-11-10-04
Patient states that there is improvement from last visit in the upper back and low back. Neck and headaches continue to be present daily. Spasms and edema have decreased with an increased range of motion in the thoracic and cervical spine. Patient has responded as expected and treatment will consist of heat, traction, muscle stimulation, and adjustment. Patient should return for care 3 times weekly and continue to use heat and stretches at home.

-11-12-04
Patient states that there is minor improvement from last visit as well as overall. Cervical and thoracic motion has increased while spasm and edema have decreased. Low back pain has increased, doing a lot of lifting at work. Patient is responding to care as expected and should continue care 3 times weekly. Patient should use heat and exercises at home as needed.

-11-15-04
Patient relates that pain continues to decrease with treatment. There is still pain in AM and also in the PM after being up all day. Low back and mid back pain have decreased overall. Palpation revealed some minor spasm and tenderness in the cervical spine. Motion continues to improve and patient is responding well to treatment. Treatment will remain the same and patient should return 3 times weekly.

-11-17-04
Patient states that symptoms have decreased overall and that improvement continue daily. Headaches and neck pain are still present, but are much less frequent in nature. Pain in the lower back continues with tightness in the muscles. Palpation revealed spasms in the cervical region and a restricted motion in the cervical region. Treatment will remain the same and patient should return 3 times weekly.

-11-19-04
There is overall improvement with continued treatment and a decrease of overall symptoms on a daily basis. Motion in the lower back and neck have decreased with only minor pain on palpation in both these areas. Treatment will remain the same and patient should return for care 3 times weekly. Patient has been instructed to use heat and stretches at home as needed.

-11-22-04
Patient states that his symptoms have remained the same from last visit. Low back pain and upper back pain from lifting at work. Palpation revealed minor spasm and tenderness in the low back, upper back and neck. Treatment will remain the same today, and patient should return 3 times weekly.

-11-24-04
Patient states that the pain continues to improve with treatment. Motion has increased and there is less spasm and edema on palpation. Patient's condition is beginning to stabilize and the current prognosis is good. Treatment will remain the same and patient should return for care 3 times weekly.

-11-29-04
Patient's pain has decreased with very little discomfort in the upper back today. Low back pain continues with her long work schedule. Palpation revealed only minor amounts of spasm and pain in the upper back, but low back pain remains present daily. Patient is responding to treatment as expected. Treatment will remain the same today. Patient should return for care 3 times weekly.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

Feb 10 05 09:13a     GEICO SE SIU          4787445720          p.7

-12-3-04
Patient relates good improvement today. There is still minor pain in the upper back and neck with restriction in the overall range of motion in the lumbar spine. Palpation revealed less spasms and edema. Low back discomfort on palpation and pain with increased use. Patient has responded to care and continues to improve as expected. Treatment will consist of traction, muscle stimulation, and adjustment. Patient should return 3 times weekly and use heat at home as needed.

-12-6-04
Pain has decreased overall and motion has increased in all areas. Palpation revealed minor discomfort in the neck and low back. Treatment will remain the same. Patient should return 2 times weekly.

-12-10-04
Patient states overall improvement and the ability to do more daily. Little to no discomfort in neck and upper back, but low back continues to have pain and discomfort mostly while at work. Treatment will remain the same and patient should return 2 times weekly.

-12-13-04
Pain has decreased overall and motion has increased according to patient. Palpation revealed some minor discomfort in the lumbar region and an increase in the overall range of motion. Treatment will remain the same and patient should return 2 times weekly.

-12-15-04
Pain is decreasing overall and patient is able to move around with much less discomfort. Palpation reveals less pain and less tenderness overall. Treatment will remain the same and patient should return 2 times weekly.

-12-17-04
Patient states a major relief in symptoms and return to normal daily activity. Examination revealed only minor neck and low back discomfort. A re-evaluation is scheduled for next visit.

-12-29-04
A re-evaluation was performed today and the patient stated that there was little to no pain in both areas of chief complaint. Upon examination there was minor discomfort in the neck and low back. The patient has responded well to treatment and has been released from active care.

CONFIDENTIAL!

**Confidential Information of GEICO Companies**
© Government Employees Insurance Company

### Chiropractic Tests

There also a series of tests that is common in the chiropractic arena of medical treatment.  Here are those tests:

- Cervical Rotary Compression Test – The chin is turned toward the side and pressure is applied from the top of the head toward the neck.  Reports of an increase or radiation of pain into the arms could indicate subluxation or disc involvement.
- The Spurling's Test - The head is turned toward the affected side and repeated rapid pressure is applied to the top of the head.  Report of an increase or radiation of pain into the arms could indicate cervical nerve root compression.
- Foramina Compression Test – he head is tilted with the ear toward the shoulder and pressure is applied downward on the head to the neck.  Report of an increase or radiation of pain into the arm could indicate subluxation or cervical disc movement.
- Shoulder Depression Test – The head is tilted with the ear toward the shoulder.  Pressure is applied on the opposite shoulder.  Report of an increase or radiation of pain into the arm assists in tracking nerve involvement on the opposite side and could indicate neural foramina encroachment.
- Extension Cervical Compression Test – the head is held back as far as possible and the forehead is pressed down to the point of production of pain.  Report of an increase or radiation of pain could indicate neural foramina encroachment.
- Kemp's Sign – the patient sits on the table and tilts one shoulder toward the back.  If pain radiates down the sciatic nerve on the side toward which the patient is turning, it suggests lumbar disc involvement.
- Wright's Test – The extremity is raised upward while the wrist pulse is obtained.  Obstruction of the pulse or reports of numbness or tingling in the arm could indicate thoracic outlet syndrome.
- Soto-Hall Test – While the patient lies supine (on the back), the head s brought toward the chest and pressure is applied on the sternum.  Report of pain at the level of the spinous process could indicate subluxation, spurring or fracture.
- Braggard's Test – The same as the straight-leg raise test except that the toe is pointed up, applying pressure on the L3-4 segment.  If increased pain is described by the patient, it points toward lumbar nerve involvement.  no pain could indicate muscle involvement.
- Goldthwaith's Test – The same as the straight-leg raise test except that the toe is pointed down.  If pain appears before the spine begins to move, it indicates sacroiliac involvement.  If pain appears after movement, it indicates lumbosacral involvement.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

- <u>Ely's Test</u> – The patient lies on his/her stomach and puts the heel toward the buttocks.  If unable to flex the heel to the buttocks or if the hip raises off the table on the side being tested, it is considered positive and indicates lumbosacral or hip lesion.
- <u>Hibb's Test</u> – The patient lies on his/her stomach and while flexing the knee, the leg is rotated laterally.  Location of the pain could indicate sacroiliac involvement.
- <u>Trendelenburg's Test</u> – The patient stands on one leg with his back toward the provider and raises the other leg up with knee bent.  If the gluteal fold drops on the side of the raised knee, there is a weakness in the opposite hip which could be de to misalignment of the spine.
- <u>Minor's Sign</u> – The patient supports the area of pain in his back while getting up from a chair or off the examining table.

## Common Medications used in Soft Tissue Injuries

In reviewing medical records, it is often difficult to identify what medications are prescribed and why.  In an effort to make these issues easier to solve, there are 2 rules of thumb:

- A drug can have more than one name, the Trade name is usually capitalized and it is the name the drug was first introduced under. The generic name is the same drug made by another company with the same ingredients and effects

- Drugs are classified by their desired action potential-although many times there are other uses for the drug

> **For example:**
> Trade name - Elavil.  Generic name – amitriptyline.  - Listed as an antidepressant although it is commonly used for its sedative effects in the prevention of Migraine headaches.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

GTM01153

66

With this information as an introduction, here is a listing of drugs commonly found in medical records- identified by their names and primary usage.

**Ambien (zolpidem tartrate)** – sedative - hypnotic

**Anaprox, Aleve (naproxen sodium)** – anti-inflammatory

**Ansaid (flurbiprofen)** – anti-inflammatory

**Arthrotec (diclofenac + Misoprostol)** – anti-inflammatory

**ASA, Bayer, Ecotrin (aspirin) (acetylsalicylic acid)** – non-narcotic analgesic

**Atarax (hydroxyzine hydrochloride)** - antianxiety

**Ativan (lorazepam)** – antianxiety

**Buprenex (buprenorphine hydrochloride)** – narcotic or opioid analgesic

**BuSpar (buspirone)** - antianxiety

**Cataflam (diclofenac Potassium)** – anti-inflammatory

**Celebrex (celecoxib)** – anti-inflammatory

**Celestone (betamethasone) (cortisone acetate)**

**Celexa (citalopram hydrobromide)** - antidepressant

**Cerebyx** (fosphenytoin sodium) – anticonvulsants

**Darvocet-**N 50, Darvocet-N 100 – narcotic or opioid analgesic

**Darvon, Darvon-N (proxyphene)** – narcotic or opiod analgesic

**Daypro (oxaprozin)** – anti-inflammatory

**Decadron (dexamethasone)** - corticosteroid

**Demerol (meperidine)** – narcotic or opioid analgesic

**Depakene (valproate sodium)** - anticonvulsants

**Depakote (divalproex sodium)** - anticonvulsants

**Depo-Medrol (methylprednisolone acetate)** - corticosteroid

**Desyrel (trazodone hydrochloride)** - antidepressant

**Dilantin (phenytoin)** - anticonvulsants

**Dilaudid (hydromorphone hydrochloride)** – narcotic or opioid analgesic

**Duragesic (fentanyl)** – narcotic or opioid analgesic

**Effexor, Efexor** - antidepressant

**Elavil (amitriptyline)** - antidepressant

**Endocet, Percocet, Roxicet**– narcotic or opioid analgesic

**Excedrin ES (aspirin, Tylenol, caffeine)** – non-narcotic analgesic

**Feldene (piroxicam)** – anti-inflammatory

**Fioricet (combination of Tylenol + caffeine + butalbital)** – non-narcotic analgesic

**Fioricet with Codeine (Tylenol + codeine)** – narcotic or opioid analgesic

**Fiorinal with Codeine (aspirin + codeine)** – narcotic or opioid analgesic

**Flexeril (cyclobenzaprine)** – muscle relaxer

**Halcion (triazolam)** – sedative - hypnotic

**Indocin (indomethacin)** – anti-inflammatory

**Kenalog (triamcinolone acetonide)** - corticosteroid

**Klonopin (clonazepam)** - anticonvulsants

**Librium (chlordiazepoxide)** - antianxiety

Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01154

**Lodine, Lodine XL (etodolac) –** anti-inflammatory

**Lorcet**– narcotic or opioid analgesic

**Lortab**– narcotic or opioid analgesic

**Medrol (methylprednisolone) (prednisone)** - corticosteroid

**Midrin**– non-narcotic analgesic

**Mobic–** anti-inflammatory

**Morphine, MS Contin, MSIR, Roxanol (morphine sulfate)** – narcotic or opioid analgesic

**Motrin, Advil, Nuprin (ibuprofen) –** anti-inflammatory

**Naprosyn (naproxen) –** anti-inflammatory

**Nembutal (pentobarbital)** – sedative – hypnotic

**Neurontin (gabapentin) (phenobarbital)** - anticonvulsants

**Oxycontin, Oxy, IR, Roxicodone (oxycodone hydrochloride)** – narcotic or opioid analgesic

**Pamelor (nortriptyline hydrochloride)** - antidepressant

**Parafon Forte (chlorzoxazone)** – muscle relaxer

**Paxil (paroxetine hydrochloride)** - antidepressant

**Percodan**– narcotic or opioid analgesic

**Prozac (fluoxetine hydrochloride)** - antidepressant

**Relafen (nabumetone) –** anti-inflammatory

**Remeron (mirtazapine)** - antidepressant

**Restoril (temazepam)**  – sedative - hypnotic

**Robaxin (methocarbamol)** – muscle relaxer

**Seconal (secobarbital sodium)** **–** sedative - hypnotic

**Sinequan (doxepin hydrochloride)** - antidepressant

**Solu-Cortef (hydrocortisone sodium succinate)** - corticosteroid

**Soma (carisoprodol)** – muscle relaxer

**Sonata (zaleplon) –** sedative - hypnotic

**Stadol (butophanol tartrate)** – narcotic or opioid analgesic

**Talwin (pentazocine lactate)** – narcotic or opioid analgesic

**Tegretol (carbamazepine)** - anticonvulsants

**Tofranil (imipramine)** - antidepressant

**Toradol (ketorolac tromethamine)** **–** anti-inflammatory

**Tylenol with Codeine**– narcotic or opioid analgesic

**Tylenol, Anacin, Datril, Panadol, Tempra** **(acetaminophen)** – non-narcotic analgesic

**Ultram (tramadol hydrochloride)** – narcotic or opioid analgesic

**Valium (diazepam)** - antianxiety

**Versed (midazolam hydrochloride)** – antianxiety

**Vicodin (Tylenol + hydrocodone)** – narcotic or opioid analgesic

**Vioxx (rofecoxib) –** anti-inflammatory

**Vistaril (hydroxyzine hydrochloride or hydroxyzine pamoate)** - antianxiety

**Voltaren (diclofenac sodium) –** anti-inflammatory

**Wellbutrin (bupropion hydrochloride)** - antidepressant

Confidential Information of GEICO Companies
© Government Employees Insurance Company

68

**<u>Xanax</u> (alprazolam)** - antianxiety
**<u>Zanaflex</u> (trizanidine hydrochloride)** – muscle relaxer
**<u>Zoloft</u> (sertraline hydrochloride)** – antidepressant

All bills for drugs should contain the prescription number, name of the drug, name of the physician prescribing the drug and the national drug code. Many people are taking prescription drugs for conditions that existed before an accident. With the name of the drug, verification can be made on whether it was prescribed for the condition resulting from the injury caused by the motor vehicle accident.

If the medical records indicate multiple ER visits post accident or a trend in which different pain relievers are prescribed by multiple providers, it is possible that the injured party(s) could have an unhealthy dependency on the medication. Do the notes from these multiple providers indicate knowledge of the other prescriptions?

The true essence of pain control involves many different factors. Early in the treatment process, muscle relaxers are prescribed based on the notion that these medications will limit the strong muscle spasms that are associated with a strain/sprain injury. But muscle relaxers are a temporary fix for the problem and will only have a limited benefits if the person does not rest properly, use ice and compression (if applicable), or follow therapy protocol. There will be a comprehensive explanation of some of the more invasive pain relief methods later in this lesson.

Non-steroidal anti-inflammatory drugs (NSAIDS) are often introduced early in the treatment process to reduce the inflammatory effects caused by injury. Reducing the inflammation usually results in decreased pain and more mobility in the effected injury.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

# The Spinal Column (See example #16)

Before we delve into specific scenarios and injuries commonly seen at the TCR2 level of claims handling, we need to exam the anatomy and physiology of the spinal column and related congenital and degenerative conditions that can affect this structure.  As you will soon learn, a majority of the claims you will handle will involve injuries related to the spinal column.

When reviewing the injured party(s) medical documentation, especially in your review of diagnostic data, recalling the anatomy and physiology of the spine will benefit your ability to understand and negotiate a fair and equitable settlement for the injury claim.

## Injuries of the Spinal Column

There are a wide variety of injuries routinely seen at the TCR2 level of claims handling that involve the spinal column and its related structures.  Many will be diagnosed directly after the accident and some will be discovered during the healing progress.  The conditions discovered directly after the accident are normally your more severe type of spinal column injuries and those losses are typically handled at the CU, barring any special circumstances or regional differences.

For injuries that are discovered later in the treatment process, the TCR2 has to be vigilant in maintaining contact with the injured party or their representative.  Although we will examine these conditions in detail soon, some of the ailments will initially be treated conservatively to see if the patient responds without surgery.  If the patient is not responding to conservative treatment surgery will be planned to correct the problem.  Consistent A – Level service in monitoring this type of loss is important for three reasons:

- It allows us to be available for the injured party(s), if unrepresented, to offer support and compassion through a difficult period.  For the represented injured party(s), we maintain contact with the designated representative to ensure all is going well.
- If regional guidelines require that all of the losses involving surgery, etc. be transferred to the CU, aggressive monitoring will allow us to do this is a timely manner.
- In some cases, these losses will stay at the TCR2 level for handling, especially if it is a low limit policy.  Our vigilance will allow us to maintain accurate reserves for the feature in question.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

### Severe injuries of the Back

Many times throughout this lesson, we have made reference to the fact that a more severe spinal injury can be discovered during the treatment process. Many injured party(s) are typically treated initially for your basic soft tissue injury once radiographic evidence rules out a fracture. After weeks of treatment with minimal improvements, the injured party(s) can be referred for additional diagnostic imaging (i.e. CT, MRI, etc.), especially with the presence of other subjective symptoms such as numbness and tingling in the extremities. Consequently, many injured party(s) will be diagnosed with an Intervertebral Herniated Disc (IHD).

Disc herniation is a rupture of fibrocartilagenous material (annulus fibrosis) that surrounds the intervertebral disc. This rupture involves the release of the disc's center portion containing a gelatinous substance called the nucleus pulposus. Pressure from the vertebrae above and below may cause the nucleus pulposus to be forced outward, placing pressure on a spinal nerve and causing considerable pain and damage to the nerve. This condition most frequently occurs in the lumbar region and is also commonly called herniated nucleus pulposus, prolapsed disc, ruptured intervertebral disc, or slipped disc.

<u>Description</u>

As you may remember from earlier tutorials, the spinal column is made up of vertebrae that are joined together and permit forward and backward bending, side bending, and rotation of the spine. The normal forward bending of the cervical and lumbar spine is referred to as the **lordotic** curvatures. The normal backward bending of the thoracic spine is referred to as the **kyphotic** curvature.

 Five distinct regions comprise the spinal column, including the cervical (neck) region, thoracic (chest) region, lumbar (low back) region, sacral and coccygeal (tailbone) region. The cervical region consists of seven vertebrae, the thoracic region includes 12 vertebrae, and the lumbar region contains five vertebrae. The sacrum is composed of five fused vertebrae, which are connected to four fused vertebrae forming the coccyx. Intervertebral discs lie between each adjacent vertebra.

Each disc is composed of a gelatinous material in the center, called the nucleus pulposus, surrounded by rings of a fibrous tissue (annulus fibrous). In disc herniation, an intervertebral disc's central portion herniates or slips through the surrounding annulus fibrous into the spinal canal, putting pressure on a nerve root. Disc herniation most commonly affects the lumbar region between the fifth lumbar vertebra and the first sacral vertebra.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

However, disc herniation can also occur in the cervical spine. The incidence of cervical disc herniation is most common between the fifth and sixth cervical vertebrae.  The second most common area for cervical disc herniation occurs between the sixth and seventh cervical vertebrae. Disc herniation is less common in the thoracic region.

Predisposing factors associated with disc herniation include age, gender, and work environment. The peak age for occurrence of disc herniation is between 20–45 years of age. Studies have shown that males are more commonly affected than females in lumbar disc herniation by a 3:2 ratio. Prolonged exposure to a bent-forward work posture is correlated with an increased incidence of disc herniation.

Before we talk about disc abnormalities, let's first look at a typical spinal segment and all of its related structures:



Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01159

# Disc Abnormalities of the Spinal Column

When reviewing MRI reports, make certain that you look at the description of the abnormality as well as other structures being affected by this abnormality.  Disc injuries that do not touch the spinal cord and do not displace the nerve roots should not cause subjective complaints of radiating numbness or motor weakness in the area innervated by the nerve root.

Now let's look at the definitions of abnormalities commonly seen in medical records and/or MRI reports:

- **<u>Disc Bulge</u>** – An extension of the disc wall (annulus fibrosis) beyond the boundary of the adjacent vertebral end plates.   See below…



- **<u>Disc Herniation</u>** – A greater extension of the disc wall with a possible tear in the annulus and movement of the nucleus.  When the nucleus migrates through this tear in any way, some radiologists define this as a Herniated Nucleus Pulposus (HNP).  This injury can be minor in nature or it can be severe enough to displace the spinal cord or a spinal nerve root.



Confidential Information of GEICO Companies
© Government Employees Insurance Company

- **Extruded Herniated Disc** – In this example, there is an extension of the nucleus pulposus through a complete tear in the annulus.  Although the nucleus remains attached to the center of the disc, the majority of the contents has migrated through the tear and is now in the spinal canal.



- **Sequestered Herniated Disc** – This is very similar to the extruded disc in that there is a complete tear in the annulus and the nucleus is migrating through this defect.  But with the annulus, the nucleus remained attached to the center of the disc.  With a sequestered disc, part of the nucleus remains attached to the center but the outer portion physically breaks off.  This fragment of nucleic material is now interrupting normal processes within the spinal canal.



Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Schmorl's node** (nodules): An upward and downward protrusion (pushing into) of a spinal disk's soft tissue into the bony tissue of the adjacent vertebrae (the bony building blocks of the spine). Schmorl's nodes are detectable with an x-ray test as a spine abnormality .

Schmorl's nodes are most common in the middle and lower spine.  Schmorl's nodes are common, especially with minor degeneration of the aging spine. Schmorl's nodes usually cause no symptoms, but reflect that "wear and tear" of the spine has occurred over time. Schmorl's nodes are a helpful x-ray finding as an indicator of degenerative process that may be affecting a patient's spine.

 

## Causes & symptoms

Any direct, forceful, and vertical pressure on the discs can cause the disc to push its fluid contents into the vertebral body. Herniated nucleus pulposus may occur suddenly from lifting, twisting, or direct injury, or it can occur gradually from degenerative changes with episodes of intensifying symptoms. The annulus may also become weakened over time, allowing stretching or tearing and leading to a disc herniation. Depending on the location of the herniation, the herniated material can also press directly on nerve roots or on the spinal cord, causing a shock-like pain (sciatica) down the legs, weakness, numbness, or problems with bowels, bladder, or sexual function.

## Diagnosis

Several radiographic tests are useful for confirming a diagnosis of disc herniation and locating the source of pain. These tests also help the surgeon indicate the extent of the surgery needed to fully decompress the nerve. X rays show structural changes of the lumbar spine. Earlier we discussed Myelography and the fact that it is a special x-ray of the spine in which a dye or air is injected into the patient's spinal canal. The patient lies strapped to a table as the table tilts in various directions and spot x rays are taken. X-rays showing a narrowed dye column in the intervertebral disc area indicate possible disc herniation.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

Computed tomography scan (CT or CAT scans) exhibit the details of pathology necessary to obtain consistently good surgical results. Magnetic resonance imaging (MRI) analysis of the discs can accurately detect the early stages of disc aging and degeneration. Electomyograms (EMGs) measure the electrical activity of the muscle contractions and possibly show evidence of nerve damage. An EMG is a powerful tool for assessing muscle fatigue associated with muscle impairment with low back pain.

## Treatment/Drugs

Unless serious neurological symptoms occur, herniated discs can initially be treated with pain medication and up to 48 hours of bed rest. There is no proven benefit from resting more than 48 hours. Patients are then encouraged to gradually increase their activity. Pain medications, including anti-inflammatories, muscle relaxers, or in severe cases, narcotics, may be continued if needed.

Epidural steroid injections have been used to decrease pain by injecting an anti-inflammatory drug, usually a corticosteroid, around the nerve root to reduce inflammation and edema (swelling). This partly relieves the pressure on the nerve root as well as resolves the inflammation. (See Example #18)

## Physical therapy

Physical therapists are skilled in treating acute back pain caused by the disc herniation. The physical therapist can provide noninvasive therapies, such as ultrasound or diathermy to project heat deep into the tissues of the back or administer manual therapy, if mobility of the spine is impaired. They may help improve posture and develop an exercise program for recovery and long-term protection. Appropriate exercise can help take pressure off inflamed nerve structures, while improving overall posture and flexibility. Traction can be used to try to decrease pressure on the disc. A lumbar support can be helpful for a herniated disc at this level as a temporary measure to reduce pain and improve posture.

---

**A file transfer could be in order if your region stipulates that a CU Examiner handle these types of severe losses.**

---

Confidential Information of GEICO Companies
© Government Employees Insurance Company

On the following page, you will see another MRI report.  Review it and answer the following questions:

1. Does this appear to be a serious injury of the back?
2. Do you believe surgery would be eminent in this case?
3. Would we be more worried about this injury since it is occurring in the cervical spine?  Why?



Confidential Information of GEICO Companies
© Government Employees Insurance Company

The Stand-Up MRI™

# STAND-UP MRI OF

### IN THE            SHOPPING CENTER

MANAGED BY

Memorial Hwy,            Phone: (   )        ; FAX: (631)

DOB:   1/2/xxxx
Exam Date:      4/2/ xxxxx

Report Date: April 5, 2xxx
Page 1 of 2

**Doctor Doctor           , MD**
PARK AVENUE

### MAGNETIC RESONANCE IMAGING SCAN OF THE CERVICAL SPINE

TECHNIQUE:  Neutral/Sitting:  Sagittal T1. Sagittal T2 and GE Axial.

INTERPRETATION:  The C3/4 level demonstrates a central disc herniation with partial effacement of the ventral CSF space without cord contact or foraminal impingement.

The C4/5 level demonstrates a central disc herniation with partial effacement of the ventral CSF space without cord contact or foraminal impingement.

The C5/6 level demonstrates a central disc herniation with partial effacement of the ventral CSF space without cord contact or foraminal impingement.

The C6/7 level demonstrates a central disc herniation with partial effacement of the ventral CSF space without cord contact or foraminal impingement.

The C7/T1 level demonstrates a central disc herniation with partial effacement of the ventral CSF space without cord contact or foraminal impingement.

C2/3, T1/2, T2/3, T3/4 and T4/5 discs demonstrate normal signal intensity and morphology.  No other intradural or extradural lesions, or levels for central canal or foraminal stenosis is identified.  The spinal cord does not demonstrate any abnormal signal intensity, focal expansion, syrinx or atrophy.  The craniocervical junction outlines normally.  No vertebral marrow pathology, fracture or paravertebral mass is noted.

**Confidential Information of GEICO Companies**
© Government Employees Insurance Company

# **Orthopedic/Neurological Testing**

When an injured party(s) reports with subjective symptoms of neck and/or back pain, the physician will put the patient through a series of tests. The results of these tests become the objective findings.

The provider will initially examine the spine to determine whether the injury is restricted to soft tissue or involves the nerve root. The area of pain is felt to check for muscle spasms.

Next, the provider will check the patient's range of motion. Various orthopedic and neurological testing will be accomplished depending on the subjective symptoms stated by the patient. Here are some of those tests:

**Sensory (Dermatome) Testing** – A dermatome is an area of skin supplied by the cutaneous branch of a spinal nerve. Sensation is tested through pinwheel or needle pricks. If the patient reported with numbness, prickling, tingling, heightened sensitivity or diminished sensitivity, changes in sensation can be correlated to the dermatome or specific nerve root.

**Motor (Myotome) Testing** – Based on the subjective symptoms of the patient, muscles are tested to see f the size of the muscle has diminished or if weakness is noted in the effected muscle. This can be correlated to specific nerve root. Muscle strength will be tested in five degrees of power ranking from 5 (normal) to 0 and the result will be documented as a ratio compared to those five muscle groups (5/5, 4/5, etc.).

**Deep Tendon Reflexes (DTR)** – These will be tested to check for decreased reflexes when force is applied with a reflex hammer. When external force is applied with a reflex hammer to certain areas, it can indicate nerve involvement at that level of the spine. For instance, a delayed reflex at the knee (knee jerk) could be an indication of problems at the L4 level. Here are some more examples:

> **Diminished Biceps DTR - C5 problems**
> **Diminished Triceps DTR – C6 problems**
> **Diminished Ankle DTR – S1 problems**
> **Diminished Knee DTR – L4 problems**

Confidential Information of GEICO Companies
© Government Employees Insurance Company

## Orthopedic Tests

### Adson's Test
The extremity is held in a dependent position during deep inspiration while the head is turned toward the same side of symptoms.  Numbness or tingling of the arm could initially confirm impingement of the cervical nerve root or structures in the thoracic outlet if the wrist pulse is also suppressed.

### Straight-Leg Raise
While lying flat on the back, the straight leg is raised to the point of pain and could indicate lumbar nerve root tension.  30-70 degrees is a positive test, 70-90 degrees is non-specific and 85-90 is normal.

### Lasegue's Sign
The straight leg raising test is performed.  The foot is then slowly moved upward.

### Fabere-Patrick's Test/Figure of Four Test
The patient lies on their back and brings the foot up to the opposite knee.  The location of pain will indicate where there s hip joint or sacroiliac involvement.

### Valsalva Maneuver
The patient is instructed to apply pressure to the abdominal cavity as if defecating.  Reports of pain or radiation down the lower extremities could indicate nerve root involvement.

### Waddell Sign
A group of physical examination findings which identify inconsistencies and discrepancies in subjective symptoms reported by the injured party(s).  **Here are the 5 elements of Waddell Sign testing:**

- Tenderness Test – Inordinate, widespread sensitivity to superficial palpation. Tenderness is poorly localized anatomically.
- Simulation Test – Light pressure to the skull should not significantly increase symptoms.  Rotation of the pelvis and shoulders should not increase pain in the lumbar spine.
- Distraction Test – The seated straight-leg raising test should closely match the recumbent straight-leg test.
- Regional Test – Motor weakness or sensory deficits should correlate to normal anatomical regions.
- Overreaction Test – Excessive, inappropriate grimacing, groaning or collapse during a simple request.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

# PAIN MANAGEMENT THROUGH INJECTIONS

1. <u>Trigger Point Injection</u> – used to treat extremely painful and tender areas of muscle.  A trigger point is a discreet knot or tight, ropy band of muscle that forms when muscle fails to relax.  It may be felt under the skin and may twitch involuntarily when touched.

   a. Purpose – reduce inflammation and relax the muscle tissue; therefore decreasing pain and allowing the pt. to participate more effectively in their rehab program.
   b. Procedure – a small needle is inserted into the trigger point and medication is injected.
   c. Frequency and Duration – 5-10 trigger point injections may be given in one session and sessions are typically repeated at regular intervals in series and coordinated with physical therapy.

2. <u>Epidural Injection</u> – An injection of long-lasting steroid in the epidural space (the area which surrounds the spinal cord and nerves coming out of it).

   a. Purpose – reduces inflammation of the nerves, which reduces pain, numbness, tingling, and other symptoms caused by nerve inflammation.
   b. Procedure – A needle is inserted into the epidural space and medication is injected through the needle.  Fluoroscopy may be used to verify needle placement.
   c. Frequency and Duration – No more than three injections should be given in a 6-8 month period.  The frequency of the injections depends on the actual injury and the benefits received per the pt.  If three injections have not helped the pt., it is very unlikely the pt. will receive any further gains from additional injections.

3. <u>Nerve Root Blocks</u> – An injection that is done to a specific nerve to decrease pain in that particular nerve.  (Usually from a herniated disc at this level).  These may be done if epidural injections have failed.

   a. Purpose – reduces inflammation of the nerve, which reduces pain, numbness, tingling, and other symptoms caused by nerve inflammation.
   b. Procedure – A needle is introduced through the skin into the area adjacent to the affected nerve root.  Medication is then injected into the area bathing the nerve root.  Fluoroscopy may be used to verify needle placement.
   c. Frequency and Duration – the procedure can be repeated at 2 week intervals and given up to 3 times.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

4. <u>Facet Joint Injection</u> – an injection of long lasting steroids into the facet joint (joints between the vertebrae that allow movement of the bones).

   a. Purpose – reduces inflammation and/or swelling of the tissue in the joint space, which reduces pain and other symptoms.
   b. Procedure – A needle is introduced into the facet joint and medication is injected.  Fluoroscopy may be used to verify needle placement.
   c. Frequency and Duration – No more than three injections should be given in a 6-8 month period.  The frequency of the injections depends on the actual injury and the benefits received per the pt.  If three injections have not helped the pt., it is very unlikely the pt. will receive any further gains from additional injections.

5. <u>Sacroiliac Joint Injection</u> – an injection of long lasting steroids into the sacroiliac (SI) joint, which is located in the low back area.

   a. Purpose – reduces inflammation and/or swelling of the tissue in the joint space, which reduces pain and other symptoms.
   b. Procedure – A needle is introduced into the SI joint and medication is injected.  Fluoroscopy may be used to verify needle placement.
   c. Frequency and Duration - No more than three injections should be given in a 6-8 month period.  The frequency of the injections depends on the actual injury and the benefits received per the pt.  If three injections have not helped the pt., it is very unlikely the pt. will receive any further gains from additional injections

## Fracture Basics

There are 206 bones in the human body.  Bones act as factories for the production of blood and essential blood cells through bone marrow.  Bones are integral to the body's strength.

According to orthopedic anatomy, the skeleton consists of long bones, short bones, flat bones, and irregular bones. Long bones act as levers to facilitate motion, while short bones function to dissipate concussive forces. Short bones include those composing the carpus and tarsus. Flat bones, such as the scapula or pelvis provide a broad surface area for attachment of muscles.

When a bone is broken, or fractured, it affects not only blood production and function, but there are also complications associated with the muscles, tendons, nerves, and blood vessels which are attached, or are close, to the bone.

Despite what you may have heard, a broken bone is not worse than a fracture; they both mean the same thing. In fact, the word fracture, according to the Oxford English Dictionary is defined as "the act of being broken." There are different types of fractures and broken bones, **but these words mean the same thing!**

Fractures happen because an area of bone is not able to support the energy placed on it (quite obvious, but it becomes more complicated). Therefore, there are two critical factors in determining why a fracture occurs:

- the energy of the event
- the strength of the bone

The energy can either be acute, high-energy (e.g. car crash), or chronic, low-energy (e.g. stress fracture). The bone strength can either be normal or decreased (e.g. osteoporosis).

Confidential Information of GEICO Companies
© Government Employees Insurance Company

### General Treatment Options for all Fractures

Bone is constantly in a state of turnover, even when not damaged or injured. We continually absorb and replace the cells that make up our bones. Because of this natural turnover, the process of healing bone also comes about quite naturally.

However, in order for a fracture to heal as well as possible, a good **reduction**, or placement, of the bones must be attained.

- When doctors talk about **reduction** or a fracture, or **reducing** the broken bone, they are talking about improving the alignment of the broken ends of the bone.

A fractured bone can be either **displaced** where the broken ends of the bone are _NOT_ in alignment, or **non-displaced or undisplaced** where the broken ends of the bone are in alignment.

In most cases reducing a fracture involves placing the broken bone in a cast, often after a little pulling and tugging to achieve improved alignment. If the reduction cannot be satisfactorily achieved (meaning the alignment is either not adequate or not sufficiently stable), then a further procedure may be necessary.  This usually means surgery with fixation of the bone with pins, plates, screws or rods.

One potential complication of fracture treatment is either a mal-union or non-union of bone. This problem is more common in elderly individuals and in people who sustain more severe fractures. In the case of some fractures (e.g. hip fracture in elderly) the rate of non-union is high enough that instead of trying to heal the bone, the damaged segment of bone is replaced (e.g. hip replacement).We'll talk about non-union soon.

The treatment of a specific fracture is too complicated to be discussed in a general overview of broken bones, but depends on factors such as:

- Location of the fracture
- Severity of angulation or deformity
- Potential for healing
- Other injuries
- Age and activity level of the patient
- And many more factors....

**_Because treatments are individualized based on the patient, the x-ray appearance of the fracture, and the other factors mentioned, each case must be treated individually._**

Confidential Information of GEICO Companies
© Government Employees Insurance Company

Almost all claimants who sustain a bone fracture will go through a physical therapy regimen of some kind to promote complete healing and to regain proper function of the injured area.  This is after bone union is visualized via diagnostic imaging and the doctor feels comfortable prescribing the PT. Physical therapists are knowledgeable about surgical procedures, treatment goals, musculoskeletal anatomy, and can tailor their efforts to improve the well-being of the patient.

For individuals who have sustained a fracture, both passive and active physical therapy modalities will be used and will include the following:

- Stretching
- Strengthening
- Ice and Heat Therapy
- Ultrasound
- E-Stimulation
- Aquatic Therapy

The most common cause of fractures is due to <u>trauma.</u> However, especially in the elderly, broken bones often occur where the bone has been weakened by an underlying process. This is called a "<u>pathologic fracture</u>," which means that there is some pathology, or disease process, that caused the bone to be weak and highly susceptible to fracture. Common diseases that lead to <u>pathologic fracture</u> include <u>osteoporosis</u> and <u>tumors</u>.

When reviewing the medical notes for elderly claimant's, understand that in many cases that their bones are more susceptible to injury than someone who was younger. Therefore, fractures occur at a higher rate for these claimants when involved in a traumatic incident, the normal healing time will also be extended. These individuals are also more susceptible to other problems that can arise due to their inability to properly rehabilitate the affected area.  This includes things such as respiratory problems and pressure sores.

Generally speaking, any fracture for any person carries certain "other" complications that you will need to keep in mind.  Remember that these are general complications and that we will expand on these complications as we discuss each type of fracture:

- Cardio-respiratory Complications
- Neurovascular
- Infection
- Deep venous thrombosis
- Delayed union and non-union
- Osteoarthritis

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

GTM01172

## Types of Fractures

There are numerous ways of classifying fractures.  All fractures are either complete or incomplete, simple (closed) or compound (open).  First, let's take a look at these two latter terms:

- **Open (compound) fracture** - the bone exits and is visible through the skin, or a deep wound that exposes the bone through the skin.
- **Closed fracture** - the bone is broken, but the skin is intact.

**Open or Compound** – An open fracture is a broken bone that penetrates the skin. This is an important distinction because when a broken bone penetrates the skin there is a need for immediate treatment, and an operation is often required to clean the area of the fracture. Furthermore, because of the risk of infection, there are more often problems associated with healing when a fracture is open to the skin.  Let's take a look at an illustration showing an open or compound fracture:



The surgeon may use metal rods, pins and plates to strengthen weakened areas and stabilize the bone.  Depending on the severity of the break, the surgeon primarily uses an external fixator, to create the union necessary for positive healing. External fixation is accomplished by placing pins or screws into the bone on both sides of the fracture. The pins are then secured together outside the skin with clamps and rods. The clamps and rods are known as the "external frame."

Some of the advantages of external fixation are that it is quickly and easily applied. The risk of infection at the site of the fracture is minimal, but there is a risk of infection where the pins are inserted from the skin into the bone.
How quickly the fracture heals and the severity of it depends on the person's age, their health and the type of impact causing the fracture.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01173

In less severe compound fractures, an internal fixator can be used to create the boney union. When reviewing your medical records, the acronym ORIF will signify that internal fixator was applied to the injured site to create bone union. ORIF means Open Reduction Internal Fixation.

Although both fixation methods require fracture reduction via a surgical procedure, the internal fixator is applied to the injured area and is not exposed to the environment. This fixator cannot be seen once it is in place. Generally, this involves either the use of plates and screws or an intramedullary (IM) rod to stabilize the bone. The risk for infection is lower with ORIF since the rods are not actually protruding from the skin. The incision area can remain cleaned and covered, whereas the external fixator is more exposed to the environment.

Due to the seriousness of this type of injury, the disability time for compound fractures can be greater than the time you would see with a closed fracture. The time will also depend on whether the injury was to a weight-bearing bone and the type of fixator applied to gain bone union. Individuals who suffer a fracture to a weight-bearing bone will have to restrict weight bearing until there is evidence of boney union. It normally takes 12-16 weeks for such a fracture to heal properly.

**Closed Fractures** - A closed fracture is a broken bone that does not penetrate the skin. This is an important distinction because when a broken bone penetrates the skin there is a need for more immediate treatment, and an operation is often required to clean the area of the fracture. Furthermore, because of the risk of infection, there are more often problems associated with healing when a fracture is open to the skin. Let's take a look at a closed fracture:



Closed fractures can be treated using either an external or internal fixator. The surgeon will make the decision based on the area of injury and the seriousness of the fracture.

The complications that can arise for a closed fracture are the same as you would see with other types of fractures. The risk for infection is decreased due to the fact that there is no traumatic wound.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

On some occasions, boney union can be obtained by the physician reducing the fracture manually without the need for surgical intervention.  This is commonly called "setting" or "manipulating" the fracture.  Once the fracture is "set", the physician will cast the area in order to gain the desired immobilization.

Another way physicians reduce fractures is through traction.  Traction is used to manage fractures in an effort to realign broken bones; it is most often used as a temporary measure when operative fixation is not available for a period of time.

Traction can either be applied through the skin (skin traction) or through pins inserted into bones (skeletal traction).

Skin traction is generally less desirable due to the fact that skin can be injured when pressure is applied for extend periods of time.  Skin traction, also called Buck's traction, is commonly used in patients who have a hip fracture.

Skeletal traction does have the disadvantage of complications associated with pin insertion, and infections can come from the sites of pin insertion.

***Now that we have analyzed these main descriptive terms used to categorize a fracture, let's analyze the other two terms you will see when reviewing medical documentation for claimants who have sustained a fracture.  Remember that treatment for any fracture depends mainly on the area and severity of the injury.***

## Complete Fracture

- Simply stated, a complete fracture is one in which the broken bone is completely separated at the break.  Let's take a look at a complete fracture with an external fixator:



Confidential Information of GEICO Companies
© Government Employees Insurance Company

## Incomplete Fracture

In an incomplete fracture, the bone cracks but does not break all the way through.  Let's take a brief look at an incomplete fracture:



## Types of Closed Fractures

Now that we have a good general understanding of closed fractures, let's take a look at some specific types of closed fractures you will see when handling CU files:

**Greenstick Fracture -** An incomplete fracture in which the bone is bent.  This occurs most often with children.  Here is an example:



The name for a greenstick fracture comes from the analogy of breaking a young, fresh tree branch. The broken branch snaps on one side (the outer side of the bend), while the inner side is bent, and still in continuity. Most often the greenstick fracture must be bent back (reduced) into the proper position and then cast for about six weeks.  **Greenstick fractures can take a long time to heal because they tend to occur in the middle, slower growing parts of bone.**

Confidential Information of GEICO Companies
© Government Employees Insurance Company

89

**Transverse Fracture -** A fracture at a right angle to the bone's axis.  In other words, it is a straight break across the bone.



Transverse fractures are usually the result of a direct blow or pure angular force being applied to the bones.  The resultant shape of the bone ends helps transverse fractures stay in alignment more easily than those of other fractures where the resultant ends do not locate so readily.

**Oblique Fracture** - A fracture that is diagonal to the bone's long axis.  The oblique fracture is usually the result of a sharp angled blow to the bone.



Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01177

**Spiral Fracture** – The break spirals around the bone. This is very common in twisting type injuries.



Spiral fractures are usually the result of a twisting moment being applied about the long axis of the bone. For example the foot being held trapped while the leg twists about it. This is as opposed to a sideways movement or bends which results in a transverse fracture.

The x-ray of a fracture caused by a twisting motion may result in an x-ray indicating an oblique fracture. In practice this type of fracture is very rare and is more often a misinterpretation of the x-ray information of a spiral fracture. **Damage to the bone ends makes it more difficult to align and balance the bones making for an unstable union.** Bone spikes may cause damage to soft tissue, nerves and blood supply. The spikes may break free to form 'Butterfly' fragments.



Comminuted

**Comminuted Fracture -** Comminuted fracture implies <u>at least</u> three fracture fragments, the fracture lines of which interconnect. The individual fracture lines that form the comminuted fracture may be transverse, oblique, or spiral. Comminuted fractures are generally caused by high-energy trauma, as seen in automobile accidents. Comminuted fractures are difficult to reduce and fix because they have no inherent stability. Constant external traction and alignment or internal fixation is required.

Since the overall therapeutic goal of any fracture is to realign the bone fragments, maintain that realignment, and to restore function to affected area, this because extremely difficult with a fracture such as this. Comminuted fractures can be especially challenging due to the complexity of the fracture fragments and the existence of a soft tissue injury. See below for an illustration of this type of fracture.

**A comminuted fracture quite often results in a situation where exact reconstitution or reconstruction is difficult or impossible.**

Confidential Information of GEICO Companies
© Government Employees Insurance Company





**Compression Fracture –** With a compression fracture, the break occurs due to extreme pressure on the bone. Compression fractures of the spine, also known as vertebral compression fractures, are a specific kind of bone break involving the vertebrae of the spine. With spinal injuries, the location of the damage is generally described in terms of the nearest affected vertebrae.  Compression fractures most often occur in what is known as the 'thoracolumbar' range of bones in the back: specifically, they happen at the point where the thoracic (thoracolumbar) vertebrae of the midback meet those of the lumbar region of the lower back. There are 12 thoracic vertebrae, numbered T1 – T12, and 5 lumbar vertebrae, numbered L1 – L5. Fractures can occur in one or more bones from a single injury. Compression fractures almost always affect the T12 and L1 vertebrae together, as in an injury that occurs after jumping or falling from a height. In a compression fracture of the spine, the bone tissue of the vertebral body collapses into itself and has a smaller volume.  **In the illustration to the left, the top picture is a normal vertebrae and the bottom picture shows a compression fracture.**

The compression fracture will be classified as stable or unstable. Because a seemingly stable fracture can settle out of the correct position over time, care must be taken to insure that the spine is in fact stable. The claimant's physician will be able to somewhat assess the condition of the spine by feeling along the spinal column for unusual bone position. Location of pain will be taken into account, as well as any swelling that is present. X-rays more precisely identify the nature of the fracture. **Compression fractions result in a loss of height of the vertebral body on x-ray.**

CT (computed tomography) scans may also be ordered in order to better view some of the particular points of the vertebrae. MRI (magnetic resonance imaging) scans can indicate spinal cord damage and other soft-tissue trauma.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

Because most compression fractures heal within 6 to 8 weeks with rest and pain relief, nonoperative treatment has remained the standard for many years. As with all fractures, treatment depends on the type, location, and exact nature of the injury. Some options include:

- the use of a body cast, when the fracture is somewhat stable in relation to the spinal cord, but must be immobilized in order to promote successful healing
- the use of a custom orthosis (brace), to stabilize spine during healing
- non-steroidal anti-inflammatory medication (such as Motrin, Advil or Nuprin), often in time-released form
- your physician may prescribe stronger medication, though the use of narcotics is generally avoided
- a course of rehabilitation based on successful modes of treatment, such as traction, ultrasound, electrical muscle stimulation, whirlpool, and so on, proven beneficial to patients with spinal injuries

Where surgery is indicated, as in the case of compression on the nerve roots or spinal cord, the surgeon has the opportunity to correct any changes in position of the vertebrae due to the injury or other deformity. Various types of instruments, such as pedicle screws or steel rods, are used to hold the bones in place. Successful recovery will depend greatly on the claimant's commitment to the recovery process.



**Impaction Fracture –** With an impaction fracture, the broken ends of each bone are driven into each other. This is quite often seen with hip fractures. Usually an <u>incomplete</u> fracture occurs where the fragments are driven into one another. The area of over-lapping bone is seen radiographically.

Impaction fractures typically occur at the end of long bones. Reduction of such fractures requires traction to disengage the fragments and fixation to hold the fragments apart. If, after fracture, misalignment is untreated, bone shortening will occur because one end has impacted into the other.

Disability time will depend greatly on the severity of the fracture and the general health of the claimant.

Confidential Information of GEICO Companies
© Government Employees Insurance Company



Avulsion

**Avulsion Fracture -** A fragment of bone, which is the site of insertion of a tendon, is detached as the result of excessive tension.  In other words, the breaking force has been applied in such a way that the muscle pulls a portion of the bone away from the site where it is normally attached.

Avulsion fractures require rest. In general, they will heal within 4 to 6 weeks.  The claimant may need to use crutches for most of this time.  If the bony fragment is large, or if it is torn away from its original site by a significant distance, surgery may be required.



**Growth Plate Fractures -** A growth plate is an area of developing tissue between the shaft and the end of long bones in children.  It regulates and helps determine the length of the mature bone.  It is the last portion of the bone to harden, which leaves it vulnerable to fracture.

 Those at risk in include the following:

- Children who are still growing (girls aged 11-12 yrs. and boys aged 14 yrs.)
- Boys are twice as likely to incur these fractures
- Those involved in competitive sports or recreational activities

Most growth plate fractures occur in the long bones of the fingers, the outer bone of the forearm, and in the lower bones of the leg.

These are diagnosed most accurately by MRI or CT scan.  Ultrasound may also be used.  The child should be watched carefully until he/she reaches skeletal maturity to ensure that there is no shortening of the limb.

As a TCR2 Examiner, it is extremely important early in the claims process to find out the type of growth plate injury.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

### Healing times of fractures

During this segment of the lesson, we have consistently stated that treatment options and healing will differ in each case.  Notwithstanding, one thing will always remain true for each claimant - for a fracture to heal, stabilization and preservation of blood supply are needed. Below lists the general process the body follows to heal a broken bone.

### Stage 1: Inflammation

Bleeding from the fractured bone and surrounding tissue causes the fractured area to swell. This stage begins the day you fracture the bone and lasts about **2 to 3 weeks.**

### Stage 2: Soft callus

Between 2 and 3 weeks after the injury, the pain and swelling will decrease. At this point, the site of the fracture stiffens and new bone begins to form (see figure). The new bone cannot be seen on x-rays. This stage usually **lasts until 4 to 8 weeks after the injury.**

### Stage 3: Hard callus

Between 4 and 8 weeks, the new bone begins to bridge the fracture. This bony bridge can be seen on xrays. **By 8 to 12 weeks after the injury,** new bone has filled the fracture.

### Stage 4: Bone remodeling

Beginning about 8 to 1 2 weeks after the injury, the fracture site remodels itself, correcting any deformities that may remain as a result of the injury. This final stage of fracture healing can **last up to several years**.

Generally speaking, it is not possible to precisely estimate the time that it will take for a fracture to heal.  Nevertheless, here is a rough estimate:

- most upper limb fracture repair completely in 6-8 weeks
- lower limb fractures take twice as long
- children take half as long
- add 25% if the fracture involves the femur or is spiral

Smoking, old age, arthritis/osteoporosis, diabetes, delays in treatment, and poor nutrition are just a few of the factors that may delay healing of fractures.  The extended use of anti-inflammatory drugs and pain medications are also thought to possibly delay healing.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

95

Healing is considered complete when:  there is no motion at the fracture site and x-rays reveal complete bone union.  In <u>approximately 10% of all fracture non-union (also called mal-union) takes place.</u>

The term mal-union refers to a union of a bone which is often mechanically sound but in the wrong position. This may not be as bad as it sounds depending on the degree of displacement within the union.  If, however the fracture ends/fragments are pulled apart by the action of opposing muscle groups, a functional result from a mal-union is unlikely.

If mal-union occurs, another surgical procedure will probably be preformed to correct the mal-union (if correction is possible).  Let's take a look at an individual who had a left tibial mal-union:



This percentage of mal-union could be more or less depending on the location of the fracture within the bone and /or whether it is a weight-bearing bone such as the femur, tibia or fibula.

Another complication that can occur when a claimant experiences a severe fracture is lack of bone regeneration (AKA delayed union).  If the bone fails to grow while healing, this will also cause a mal-union.  As we have stated on numerous occasions, fractures (especially to long bones such at the Femur, Tibia or Fibula) must be properly reduced for them to heal in a normal manner.  In the case of a severe fracture where surgical reduction occurred, the physician will watch this patient closely to verify that bone growth is occurring.  Diagnostic studies will be preformed on a periodic basis to verify bone alignment and bone regeneration.  If bone regeneration does not occur, this is serious complication that must be addressed.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

Approximately 10% of all fractures do not regenerate and non-union takes place. This percentage could be more or less depending on the location of the fracture within the bone and /or whether it is a weight-bearing bone such as the femur, tibia or fibula. Although physicians attempt to generate bone growth through bone stimulation or other methods, this condition will often require surgery. Depending on the area of the break and/or the bone involved, this additional complication will cause a sizable extension in disability time.

Be aware that if a bone growth stimulator is ordered for your claimant, this is a very expensive appliance. There are two types of bone growth stimulators. Both involve the use of electrical impulses to assist in bone regeneration:

- Internal Stimulator – This device is implanted surgically at the site of the fracture and is commonly used in the treatment of transverse and comminuted fractures when non-union of a long bone (femur, tibia, fibula, humerus, ulna, radius or clavicle) has occurred.
- External Stimulator – This is a non-invasive alternative when attempting to regenerate bone growth after non-union has taken place. The appliance is placed on the fracture site and sends electrical impulses to the area of non-union. External stimulators are light, safe and easy to use. Treatments are usually performed for about 20-30 minutes per day and may be administered at home. This may vary based on the model.

Although physicians have their preferred methods and timeframes for treating delayed union fractures, this following criterion is fairly standard in the medical community when determining the need for an external stimulator:

- Location in the appendicular skeleton (the appendicular skeleton includes the bones of the shoulder girdle, upper extremities, pelvis, and lower extremities)
- At least 3 months have passed since the date of fracture;
- Serial radiographs have confirmed that no progressive signs of healing have occurred;
- The fracture gap is one cm or less; and
- The patient can be adequately immobilized and is of an age where he/she is likely to comply with non-weight bearing.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

## Head injuries

A head injury is defined as damage to the scalp, skull or brain.  Significant head trauma can occur without an external force actually striking the skull.  The brain has some movement within its bony cage, the skull.  When a sudden forward and then backward motion of the head occurs, the brain can collide with the skull causing damage to the brain.  Severity of the injury can vary from a concussion to a coma.

A concussion is a severe jolting of the brain that causes damage to brain cells in a temporary neurological disorder such as loss of consciousness.

A coma is unconsciousness lasting an indefinite period of time with changes in response to pain and eye reaction to light.

A contusion is bruising that damages the nerve centers of the brain.

Subdural hematoma is a blood clot in the brain that may increase in size and causes brain function to deteriorate until it is removed or reabsorbed.

A skull fracture can be a hairline fracture or depressed fracture.
Signs and Symptoms of Head Injuries

Signs of a head injury are problems involving memory, vision, balance, muscular weakness or paralysis.  Headaches, difficulty in concentrating irritability, depression, seizures, or loss of consciousness are all symptom of head injuries.

## Treatment of Head Injuries

The emergency room treatment usually involves treatment by a trauma team that specializes in severe injury treatment.  A patient with a mild concussion is often sent home from the ER to rest.

 A severe head injury that includes a loss of consciousness may require an emergency operation.  Possible complications of head injuries include epilepsy and infection.

The emergency room doctor or nurse will administer the Glasgow Coma Scale which is used as an evaluation tool for grading levels of consciousness and severity of a coma.  A coma is defined as not opening eyes, not obeying commands and not uttering understandable words.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

## Diagnostic Tests

Diagnostic Tests used in diagnosing a head injury include:

- Skull x-ray
  - Used to detect skull fractures
- CT Scan
  - Provides a more detailed picture regarding head injuries, brain tumors and other brain diseases than plain x-rays
  - Can show bone, soft tissues and blood vessels
- MRI
  - Provides the most detailed picture regarding head injuries, brain tumors and other brain diseases
- EEG
  - Used to assess brain electrical activity in order to evaluate the cause of seizures, comas or brain injuries.  It is shown in a waveform pattern.

## Treatment of a Head Injury

Treatment of a head injury may include the use of:

- Rest
- Physical therapy
- Occupational therapy
- Supportive emotional counseling by a psychiatrist or psychologist

A rehab case management rehab referral should be made when there is a known period of time of loss of consciousness and there are complaints of memory problems or language difficulty.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

# Miscellaneous Musculoskeletal Injuries

## Joint Injuries

Joint injuries include injuries to the elbow, knee, wrist, hip, heel, shoulder and TMJ (Temporomandibular joint disorder or jaw joint). A joint is the area where 2 bones are attached for the purpose of motion of the body parts. Within the joint is a fluid called synovial fluid that helps to lubricate the joint and make movement pain-free. Encasing the joint space is a membrane called the synovial membrane or bursa. This keeps the synovial fluid in the joint space. Ligaments attach one bone to another so that when the ligament contracts, the bones move.

Signs and Symptoms of Joint Injuries

Signs of a joint injury will include pain upon movement and swelling of the particular joint.

Treatment of Joint Injuries

The patient may go to the emergency room and have a consultation with an orthopedic physician to include x-rays and usually immobilization of the joint area is done in the emergency room. Immobilization of the joint restricts movement and allows a period of resting time to generate healing in the joint.

The patient will usually follow-up with an orthopedist after the initial emergency room treatment. The orthopedist will prescribe physical therapy, initially passive therapy progressing into active physical therapy. This is done as soon as possible so that the chance of arthritis developing is minimized.
Arthritis can impact the recovery time period. The development of arthritis is the inflammation of a joint with swelling, warmth and painful range of motion. This will lengthen the disability time.

In a more complex joint injury, surgery may be indicated. Arthroscopic surgery is the surgery of choice if possible with reconstructive surgery being needed for severely injured joints. One of the most common injuries seen in joint injuries is a torn meniscus in the knee. The meniscus is a cartilage in between the tibia and the femur and there are 2 in each knee, the medial (inside) and lateral (outside).

Depending on the age of the patient and prior activity or injury they may have a pre-existing tear and be asymptomatic for many years. A meniscal tear is normally repaired arthroscopic-ally and may entail suturing the tear or removing part of the meniscus. A review should be done to determine if a meniscal injury is degenerative or if it relates to the auto accident.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

In the case of a TMJ injury, the patient would follow up with a dentist for further treatment which may include physical therapy, muscle relaxants or a special orthopedic device designed to restrict movement of the jaw.  There are many different theories as to what may cause injury to the TMJ.  Some dentists believe injury may occur to the TMJ in any situation that involves a "whiplash" type injury, while others feel that TMJ injury only occurs with direct facial trauma.  There are many other causes of TMJ injuries which are not trauma related, so it is always important to get medical reports and review TMJ treatment to see if these injuries relate to the auto accident as well.

In handling the TMJ injury, the TCR2 should request a <u>panoramic x-ray</u> and bite wings.  If your region uses NADENT or other dental review process, these are a team of qualified dentists who will review the x-rays, bite wings and records to prove the validity of the claim.  This can be beneficial if you have a high dollar limit of coverage.  If TMJ is the only malingering condition on a simple injury loss, a good dental review will give us information in order to evaluate the claim for further handling.

<u>Diagnostic Tests used in Joint Injuries</u>

Diagnostic tests used in developing a diagnosis of a joint injury include:

- X-ray to rule out a fracture
- CT scan
- MRI
- Arthrogram (x-ray of a joint usually involving dye)

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

# Carpal Tunnel Syndrome

The Carpal Tunnel is a narrow, rigid tunnel that is surrounded by the bones of the wrist, filled with tendons, and covered with a tight ligament called the transverse ligament.  The median nerve passes through the carpal tunnel and is accompanied by the nine tendons that flex the fingers and thumb.

Carpal Tunnel Syndrome (CTS) results from compression of the median nerve as it passes through the wrist.  The median nerve is the only nerve that passes through the carpal tunnel.  It provides the sensation of feeling to the thumb, index, and middle fingers and half of the ring finger and controls the working of some thumb muscles that permit pinching.

Signs & Symptoms

The signs and symptoms may be mild, moderate, or severe and usually worsen without treatment.  The most frequent complaint is numbness and tingling of the palmar surface of any of the five digits, except the little finger, when the median nerve is pinched.  Occasionally, an accompanying pain radiates into the forearm.

Causes

- Occupational Overuse:  causes swelling of the membranes that normally surround and lubricate the tendons as they glide in the tunnel.
- Drugs
- Many diseases (ex: Thyroid disease, Rheumatoid Arthritis, Diabetes)
- Direct Injury – fractures, trauma, dislocations
- Pregnancy

Diagnosis

- History and Physical (preferably an Orthopaedic surgeon or Neurologist)

    1) Phalen's Test:  bending the wrist firmly palmward for 60 seconds can duplicate or worsen the symptoms
    2) Tinel's Sign:  tapping the front of the wrist over the nerve can duplicate or worsen the symptoms
- X-rays
- Blood Tests
- Nerve Conduction Studies - performed by placing probes on the patient's wrists.  These probes will measure the nerve's ability to transmit electrical impulses to the musculature.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

## Treatment

- Anti-inflammatories
- Wrist Splints - prevent wrist flexion.
- Cortisone injections - This is sometimes not recommended because often the risk of damage to the nerve from such injections outweighs the temporary benefit.
- Surgery - The surgeon carefully cuts the wrist ligament, releasing the pressure inside the carpal tunnel, usually providing almost instantaneous relief from arm and hand pain and tingling.  As the wound heals, new tissue will bridge the severed ligament in about six weeks, making the ligament long enough to create additional space inside the tunnel and prevent recurrence of symptoms in most cases.
- There are 2 types of surgery:

    1.  Open (Traditional or Classic)
    2.  Endoscopic (ECTR)

Following surgery, while the complete relief of the nerve compression symptoms may be immediate, it often may take up to three months.  Although many patients do complains of pain in the palm and some discomfort with the fingers after surgery, most appear to be able to resume most of their day to day activities within a few days after surgery and often return to work 3-6 weeks after surgery.  Typically 80-90% of patients will have permanent relief of their symptoms following surgery.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

## Rotator Cuff Tear

The rotator cuff is a group of 4 muscles that helps to lift your shoulder up over your head and also rotate it toward and away from your body. Unfortunately, it is also a group of muscles that is frequently injured by tears, tendonitis, impingement, bursitis, and strains. The major muscle that is usually involved is called the supraspinatus muscle. A rotator cuff tear can be caused by acute trauma or degenerative wear and tear.



**Degenerative** wear and tear occurs usually in people who have had tendonitis for a while and are starting to experience more weakness. It can also happen in someone who tries to lift something too heavy and feels a pop in the shoulder.

Acute **trauma** to the rotator cuff can be caused in an auto accident by hitting the shoulder hard or the seatbelt tightening on the shoulder.

Tears are classified in two distinct ways:

- Full thickness tear – whole rotator cuff is torn
- Partial tear – only part of the rotator cuff is torn

Symptoms of a rotator cuff tear

Rotator cuff tears usually cause the following symptoms:

- **Pain** - primarily on top and in the front of your shoulder. Sometimes you can have pain at the side of your shoulder. Usually is worse with any overhead activity (reaching up above the level of your shoulder).
- **Weakness** - moderate to severe weakness, especially worse with overhead activity. Often patients complain of inability to put dishes up in the cupboards. Some patients with tears cannot lift their arm up to do their hair or scratch their head.
- **Stiffness** - many patients will experience stiffness in the shoulder. This happens because it either hurts to move the shoulder, or you simply cannot move it because you are too weak. This stiffness can be progressive - meaning that it can get worse with time. Sometimes, the stiffness and loss of motion alone can be the biggest problem!
- **Popping** - sometimes bursitis that occurs with rotator cuff tears can cause a mild popping or crackling sensation in the shoulder. In addition, the tear itself may rub and can cause this sensation.
- **Unable to sleep on shoulder** - most patients with tears of the rotator cuff complain of difficulty sleeping on the shoulder at night

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

Diagnostics for Shoulder Injuries

- •Patient history and physical exam.
- •Plain film x-ray
- •CT scan
- •MRI
- • Arthrogram (x-ray of a joint usually involving dye)

Treatment

Typical treatment for rotator cuff tears include the following:

- immobilization
- anti-inflammatory medication
- ice packs
- physical therapy
- steroid injections
- possible surgical intervention.

## Fibromyalgia (FM)

This condition is defined as a syndrome characterized by chronic pain in the muscles and soft tissues surrounding joints, fatigue and tenderness at specific sites in the body.  It can also be called Fibromyalgia syndrome, fibromyositis and fibrositis.

Therapy for this condition should involve the collaboration of both a doctor and a physical therapist.  Although the cause of FM is unknown, researchers have several theories about causes or triggers of the disorder. Some scientists believe that an injury or trauma may sometimes cause the syndrome. This injury may affect the central nervous system. FM may be linked to muscle changes that cause fatigue and decreased strength.

## Pregnancy Issues in Motor Vehicle Accidents

If an accident involves a pregnant woman, immediate care is required by a physician to assess the trauma and chances of the baby or the mother's life being threatened.

The results of various studies indicate that pregnancy complications will become apparent within 48 hours after the MVA.  Patients who do not experience direct abdominal trauma are unlikely to have an abnormal pregnancy outcome in the absence of other risk factors.  The use of safety belts has been associated with lower mortality and reduced severity of injuries to the mother and child.  There is no evidence that safety belts increase the chance of injury to the baby, uterus or placenta no matter how severe the collision.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

The likelihood of injury is directly related to vehicle damage.  The greater the vehicle damage, the greater the chance of serious injury to the mother and the baby.

Signs and Symptoms

What is pre-term labor? It consists of:

- Contractions every 15 minutes or closer and last from 20 seconds to 2 minutes each
- Contractions get closer as time goes on
- Menstrual-like cramps that come and go or don't go away
- Pressure in the pelvis, back or in the insides of the thighs.  A feeling like the baby is pushing down
- Dull backache below the waist that comes and goes or doesn't go away
- Fluid leaking from the vagina (water breaking)
- A strange feeling that something is not right
- Fever of 100.4F or higher and/or chills

Treatment

If the pregnant woman is cared for in an emergency room, the main goal will be to get the woman stable before the baby will be examined.

The physician will assess fetal heart tone and assess the pregnant woman for pelvic pain, cramping or bleeding.  They may also order an ultrasound of the uterine area.

Treatment may also include terbutaline (Brethine), magnesium sulfate, antibiotics, hydration, bedrest and/or delivery of the fetus.

Complications from an Accident

Pre-term labor is categorized by true labor starting before the fetus is 37 weeks gestation.  The criteria for true labor includes:  contractions at least once every 10 minutes and lasting for 30 seconds or more and progressive effacement and dilation occurs.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

The TCR2 needs to be aware that there are known causes for pre-term labor which includes:

- Prior history of premature labor
- Premature rupture of membranes
- Carrying more than 1 fetus
- Smoking
- Alcohol or substance abuse
- Uterine infection
- Incompetent cervix
- High blood pressure
- Hyperthyroidism
- Diabetes

A pregnant female is treated completely different than the average injured party(s) when involved in an auto accident. Since provider's have to be extremely careful when diagnosing and caring for an expectant mother, treatment options are limited. Depending on the protocol of the hospital, many expectant mothers are immediately transported to the OB unit for testing and observation. As we stated above, fetal heart tones are done to check for a viable heartbeat for the infant.

If the pregnant mother is complaining of musculoskeletal pain, completing an x-ray or other diagnostic testing on the mother is almost out of the question. We discussed this earlier when discussing other lab testing done after a car accident. Most diagnostic tests are thought to have adverse effects on the fetus and many hospitals do not allow such testing. Depending on the severity of the injury, most doctors will explain to the mother that they should take Acetaminophen for pain and report back if symptoms worsen. The type of adverse symptoms that deserve the mother's special attention will differ based on the gestational term of the fetus.

If the injuries to the mother seem to be congruent with your basic soft tissue injury, the treatment options are limited. If the mother is further along in the pregnancy, any kind of active therapy can be out of the question. Most treatment for these mothers will mainly involve passive therapy.

If the accident is more severe, it is highly possible that an emergency caesarean section (C-section) will be accomplished to limit any ill effects on the fetus. The mother has usually suffered serious injuries if this is the case.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

## Medical Coding

All medical bills will require coding of the diagnosis and services rendered.  Codes for the diagnosis are called ICD-9 codes.  Codes for treatment and services rendered by the provider are called CPT codes.

> ICD-9 stands for:  International Classification of Disease and was developed by the World Health Organization to track disease and results of treatments given.

> CPT stands for:  Current Procedure Terminology and was developed by the American Medical Association to describe the service performed and is a 5 digit code. These codes are revised yearly.

What are CPT codes and ICD-9 codes?

**CPT codes** are a systematic listing and coding of procedures and services performed by physicians and other healthcare providers.  Each procedure or service is identified with a 5-digit code.  When a bill is submitted, this code tells what procedure was performed.

**For Example**:

The CPT code 97001 means Initial Physical therapy evaluation.

**ICD-9 codes** (International Classification of Diseases, 9th revision) are a systematic coding of diagnoses of patients.  When a bill is submitted, this ICD-9 code tells what the patient's diagnoses are.  This helps determine relatedness of services rendered to the listed diagnoses.

**For Example:**

The ICD-9 code 847.0 is a sprain/strain of the neck.

ICD-9 codes are 4 or 5 digits long and always contain a decimal point after the third number. Often the fifth digit is used to provide more specific information pertaining to the diagnosis.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**For example**:

804.0 Skull fracture
804.01 Skull fracture with no loss of consciousness
804.02 Skull fracture with brief loss of consciousness

There are also V and E codes. V codes are a classification of factors influencing health status. V codes are designated by a letter, two digits and a decimal followed by 1 or 2 digits.

**For Example**:

V45.8 Other postsurgical status
V45.81 Aortocoronary Bypass status

E codes are a classification of external causes of injury and poisoning. E codes are designated by a letter followed by 3 digits. In some cases there may be a decimal followed by one additional digit.

**For example:**

E819 MVA of unspecified nature
E819.0 MVA Driver
E819.7 MVA pedestrian

ICD-9 Procedure Codes with a code designated by 2 digits and a decimal, followed by 1 or 2 more digits are used to designate surgeries.

**For example:**

04.43 Carpal Tunnel Release

These procedure codes are usually found on the bottom left corner of UB-92 hospital bills listed in boxes 80 & 81.

Along with your ICD-9 codes and your CPT codes, you will often find another form of coding known as HCPCS.  These types of codes indicate that a piece of durable medical equipment was given to the patient.

**For example:**

L0120 – Cervical Collar

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

# Diagnostic Codes – ICD-9

**Infection**
682.9   Celulitis
730.10  Osteomyelitis

**Spine**
**Cervical**
353.0   Brach Plex TOS
722.0   Cervical Disc Displac.
723.0   Spinal Stenosis
723.1   Cervicalgia
847.0   Strain

**Thoracic**
724.1   Pain
724.4   Neuritis or Radiculitis
847.1   Strain

**Lumbosacral**
722.10  Lumbar Disc Displac
724.0   Stenosis Exccl Cerv
724.2   Lumbago
724.3   Sciatica
724.4   Neuritis or Radiculitis
724.5   Low Back Pain
847.2   Strain

**Unspec. Site**
721.9   Spondylosis
722.6   Deg Disc
722.7   Disc Disorder
722.8   Post Lam Syndr.
733.01  Osteoporosis
738.4   Spondy Degenerative
805     Fx Vert. s CL
806     Fx Vert c CL

**Hip**
719.45  Pain
808     Fx Pelvis
820.8   Fx Hip (neck)
843     Sprain/Strain
924.9   Contusion LE

**Shoulder**
718.31  Recurr. Disloc.
727.61  Rotator Cuff Tear
726.1   Rot. Cuff Syndr.
        Imping.
810     Fx Clavicle
811.00  Fx Scapula
812.00  Fx Humerus-Prox
812.21  Fx Humerus-Shaft

831     Dislocation
831.04  AC Seperation
840     Sprain/Strain
923.9   Contusion UE

**Elbow/Forearm**
726.31  Epicondylitis
726.33  Olecranon Buristis
813.01  Fx Olecranon
813.05  Fx Radial Head
813.21  Fx Radius
813.22  Fx Ulna
813.23  Radius & Ulna Closed
813.80  Fx Forearm
832     Dislocation
841     Sprain/Strain

**Wrist/Hand**
719.43  Pain
354.0   Carpal Tunnel Syndr.
727.03  Trigger Finger
727.04  de Quervain's
732.3   Kienbock's
842.12  Ulna Coll. Thumb
814     Fx Carpal Bones
815     Fx Metacarpal
816     Fx Phalanges
834     Disloc Fingers
842     Sprain/Strain
813.41  Fx Colles'
814.01  Fx Navicular

**Knee**
719.46  Pain
717.7   Chondromalacia
        Patella
727.51  Baker's Cyst
718.36  Recurr Disloc Patella
726.6   Bursitis/Tendinitis
822.0   Closed Patella Fx
822.1   Open Patella Fx
821.23  Closed Surpacondylar
        Fx
836.2   Meniscus Tear
844     Sprain/Strain
844.1   MCL
844.2   ACL

**Fibula/Tibia**
823.80  Tibia Closed
823.81  Fibula Closed
823.82  Tib/Fib Closed
823.90  Tibia Open
823.91  Fibula Open
823.92  Tib/Fib Open

**Ankle/Foot**
729.5   Pain
726.7   Tendinitis Spur
728.71  Plantar Fasciitis
824     Fx Ankle
825     Fx Tarsal/Metatarsal
826     Fx Phalanges
845     Sprain/Strain
845.09  Achilles Rupture
355.6   Morton's Neuroma
837.0   Ankle Dislocation

**Femur**
821.01  Fx Femur Shaft Closed
821.11  Fx Femur Shaft Open

**Tumor**
Bone
213.9   Benign
170.9   Malignant
Connective Tissue or Muscle
215.9   Benign
171.9   Malignant

**Arthritis**
274.9   Gout
720.0   Ankylosing Spondylitis
715.9   Osteoarthritis
716.1   Post-Traumatic
714.0   Rheumatoid
711.0   Septic
715.9   Degenerative

**Other Common Diagnoses**
727.43  Ganglion
728.85  Spasm of Muscle
784.0   Headache
949.0   Burn
354.4   Reflex Sympathetic
        Dystrophy
729.6   Foreign Body
879.8   Open Wound
733.81  Malunion
733.82  Nonunion
729.1   Myofascitis
451.9   Thrombophlebitis
727.00  Synovitis/Tendinitis
895.0   Amputation Toe
886.0   Amputation Finger
894     Laceration Lower Limb
884     Laceration Upper Limb

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

## Summary

This will complete your lesson on medical review for the TCR2.  As we stated at the beginning of the lesson, having an understanding of the medical conditions commonly seen at the TCR2 level will enhance your customer service skills, improve the consistency of your medical investigations and improve your negotiating skills.

When determining the fair value of a loss, it is our main responsibility to take something as subjective as pain and suffering and create a value for that injured party(s).  Since we cannot gauge something as subjective as an individual's pain threshold, we have to use objective data to properly evaluate the claim.  The medical reports are that data.

Of course there are other things that affect the value of a loss.  These things are almost too numerous to count.  But the one thing you have control over is how we interpret and evaluate the medical data.

If you ever have any questions or concerns about things you encounter in your reviews, do not hesitate to see your supervisor, bill review nurses (if applicable) or experienced adjusters within your department.  Using their experience will benefit you immensely.

GTM01198

## Medical Review

1. A mild sprain is classified as a Grade _____ sprain.

2. The most severe sprain is a _____.

3. A sprain involves the _____ and _____ of a ligament.

4. A strain involves the _____ whereas a sprain involves the _____.

5. _____ is the most prevalent type of soft tissue injury as the result of an auto collision.

6. R.I.C.E. is an acronym for _____, _____, _____, _____.

7. The primary difference between a Family Doctor and an Orthopedist is that the _____ is able to perform a more comprehensive _____ _____.

8. The primary purpose of _____ _____ is to _____ _____ and increase _____ of the injured area

9. Physical Therapy is based on what four principals? _____, _____, _____, _____.

10. What are the two categories of Physical Therapy modalities? _____ & _____.

11. Name four passive Physical Therapy modalities. _____, _____, _____, _____.

12. The first 7-10 days after and injury is considered the _____ phase.

13. After the first 7-10 days post MVC, the treatment plan should begin to include some _____ therapy.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

14. Four     chiropractic     techniques     are:     _____,
_____, _____, _____.

15. When reviewing medical billing from a chiropractor it is important to understand _____.

16._____ testing is used to rule out the existence of a fracture.

17._____ and _____ are commonly used to visualize soft tissues.

18. Unlike a Needle EMG, a _____ _____ is not recognized as an effective diagnostic tool by most physicians.

19. When reviewing the notes from an arthroscopic exam, it is important to look          for          the          existence          of _____.

20. Needle EMG assist in diagnosing _____ nerve trauma.

21. A _____ is the sensory function of a nerve root and is tested through pinwheel or needle pricks.

22. A group of five physical examinations that aid in identifying inconsistencies in subjective symptoms reported by the claimant is known as the _____ _____ test.

23. If a claimant complained of pain or numbness in his _____ or _____, there may be a nerve root problem at C6-C7.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

## Definition of Terms

### A

**Abduct –** to draw away from the median plane of the body.
**Abscess –** collection of pus in an area of displaced or disintegrated tissue
**Acetabulum –** rounded cavity that receives the head of femur
**Achilles tendon –** tendon of the muscles of the back of the leg
**Acromion –** spine of the scapula that forms the point of the shoulder
**Adduct –** to draw toward the main axis of body or a limb
**Air embolism –** obstruction of a blood vessel by an air bubble
**Amputation –** removal, usually by surgery, of a limb, part or organ
**Anemia –** a low number of red blood cells
**Aneurysm –** dilatation of a blood vessel, usually an artery
**Anomaly –** deviation from the normal as with a birth defect or congenital anomaly
**Antecubital –** in front of the elbow; at the bend of the elbow
**Anterior Cruciate Ligament –** one of the four stabilizing ligaments of the knee connecting the femur to the tibia in the center of the knee.
**Apnea –** temporary cessation of breathing
**Arteriosclerosis –** thickening, hardening and loss of elasticity of the walls of the arteries
**Arthritis –** inflammation of a joint, usually involving pain, swelling and changes in structure
**Arthrocentesis –** puncture of a joint space by using a needle to remove accumulated fluid from the joint
**Arthroscopy –** a procedure that involves looking into a joint with a lighted scope
**Ascites –**accumulation of serous fluid in the abdominal cavity
**Atelectasis –** a collapsed or airless condition of the lung
**Atrophy –** a wasting; a decrease in size of an organ or tissue
**Auscultation –** process of listening for sound within the body; usually done with a stethoscope

### B

**Biofeedback –** training program designed to develop one's ability to control the autonomic (involuntary) nervous system.
**Biopsy –** excision of a small piece of living tissue for microscopic examination
**Bone scan –** shows a picture of the skeleton once a radioactive dye is injected
**Bradycardia –** a slow heartbeat characterized by a pulse rate below 60 beats per minute for an adult and less than 70 for a child
**Bursa –** padlike sac or cavity found in connecting tissue usually around the joints that contains fluid and acts to reduce friction

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**C**

**Casualty** – accident causing injury or death
**Cerebrovascular accident** – a condition of the blood vessels in the brain not supplying enough oxygen to the brain or a lesion that hemorrhages in the brain. It is sometimes called a stroke
**CT scan** – non-invasive diagnostic test that provides a three-dimensional view as if you were looking down through the top of the patient

**D**

**Disc** – the "cushion" between two vertebrae in the spinal column that contains a gel-filled center
**Disc bulge** – a disc that extends beyond the vertebral body margins
**Disc desiccation** – dehydration of the disc
**Disc herniation** – a disc in which the nucleus pulposus has ruptured and extends all the way through the annulus fibrosis but has not become a free fragment.
**Disc sequestration** – a fragment/piece of the nucleus pulposus is outside of the disc and is separated from the disc

**E**

**Effusion** – escape of fluid into a part, as the pleural cavity, such as pyothorax (pus)
**Electroencephalogram (EEG)** - a test that monitors the electrical activity of the brain
**Embolism** – sudden obstruction of a blood vessel by debris, such as blood clots, cholesterol, etc.
**Empyema-** a collection of inflamed, infected fluid in the body cavity, typically between the pleura
**Epidural injection** – injection of long-lasting steroid in the epidural space to reduce pain, numbness and tingling
**Etiology** – the study of the causes of disease

**F**

**Fibromyalgia** – chronic condition that involves pain in the muscles, ligaments and tendons also including fatigue.
**Fomentation** – a hot, wet application for the relief of pain or inflammation
**Fossa** – a furrow or shallow depression
**Fracture** – a breaking of a bone
**Fusion** – meeting and joining together through liquefacation by heat

Confidential Information of GEICO Companies
© Government Employees Insurance Company

115

**G**

**Gait** – manner of walking

**H**

**Hematoma** – a swelling or mass of blood confined to an organ, tissue or space caused by a break in a blood vessel
**Hematuria** – blood in the urine
**Hemorrhage** – abnormal, severe internal or external discharge of blood.
**Humerus** – upper bone of the arm from the elbow to the shoulder joint
**Hyper-** – prefix meaning above
**Hypertension** – high blood pressure
**Hypo-** – prefix meaning below or under

**I**

**Intercostal** - between the ribs
**-itis -** inflammation

**K**

**Keloid** - Scar formation in the skin that results in a raised, firm, thickened scar that may grow for a prolonged period of time.
**Kemp Sign** - Sciatica is aggravated by having the patient bend back and obliquely on the side of the lesion.
**Kyphosis  (Humpback)** - Abnormally increased convexity in the curvature of the thoracic spine.

**L**

**Labyrinthitis** - An inflammation of the inner ear
**Laceration** - A torn, jagged, or cut wound
**Laminectomy -** The creation of an opening in the lamina of the vertebrae (bones) of the spine to expose the spinal cord and/or disc(s).
**Laparoscope** - An endoscope designed to permit visual examination of the abdominal cavity.
**Lateral** - Outer
**Lesion** - A wound or injury.  A pathologic change in the tissues
**Ligaments -** Tough tissue that connects bone to bone
**Lipid** - fat or "fat-like" substance
**Lordosis -** The anterior concavity in the curvature of the lumbar and cervical spine
**Lumbago** - Back pain

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**M**

**Malaise** - Discomfort

**Malignant** - Resistant to treatment; occurring in severe form, and frequently fatal

**Malingering** - To fake illness or disability to escape work, excite, sympathy, or gain compensation.

**Mandible** - The lower jaw bone

**Manipulation** - Therapeutic application of manual force

**Mastectomy** - Excision of the breast

**Medial** - Relating to the middle or center

**Median Nerve** - a large nerve, comprising segments from the cervical spine, that is involved in nerve function of the upper limb; commonly compressed in the carpal tunnel of the wrist.

**Mobilization** - The process of making a fixed part movable

**MRI (Magnetic Resonance Imaging) -** A diagnostic procedure that uses a combination of large magnets, radio frequencies, and a computer to produce detailed images of organs and structures within the body.

**Munchausen Syndrome** - An aberrant condition involving fabrication of an illness to attract medical attention. Sufferers seek numerous medical consultations with different doctors.

**Muscle spasm** - Involuntary contraction of a muscle; persistent spasm is tonic, alternating spasm is clonic.

**Myalgia** - Tenderness or pain in the muscles.

**Myocardial Infarction -** Damage and death of an area of heart muscle (myocardium) resulting from an interruption in the blood supply reaching that area. Also known as a heart attack.

**Myofascitis** - Inflammation of a muscle and its fascia, particularly of the fascial insertion of muscle to bone.

**Myelogram** - involves the injection of a dye or contrast material into the spinal canal; a specific x-ray study that also allows careful evaluation of the spinal canal and nerve roots.

**Myositis** - Inflammation of a voluntary muscle.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**N**

**NCV (Nerve Conduction Velocities) -** Tests that assess the motor (muscle) and sensory (feeling) functions by recording the response when a nerve is stimulated by an electric current.
**Necrosis** - Death to tissue or organ, resulting from irreversible damage.
**Neuralgia** - Severe, often burning, pain along the course of a nerve.
**Neuritis** - Inflammation of a nerve, usually of a degenerative nature and usually accompanied by pain, diminished reflexes, and muscular atrophy.
**Neuropathy -** A general term denoting functional disturbances and/or pathological changes in the peripheral nervous system.
**Neuropathy** - Any disease of the nerves.
**Noninvasive** - A procedure that does not require insertion of an instrument or device through the skin or a body orifice for diagnosis or treatment.
**NSAIDs** - Non-steroidal anti-inflammatory drugs (ex:  ibuprofen.)
**Nuchal** - The back of the neck
**Nucleus Pulposus -** The gel filled center of an intervertebral disc.

**O**

**Occipital -** The back part of the head.
**Osgood-Schlatter disease** - This is a condition where the bony protrusion below the knee gets inflamed. The patella tendon inserts here and through overuse can tug away at the bone causing inflammation.  New bone grows back causing a bony lump. It mainly affects boys aged 10 to 16 years old.
**Orthosis** - An external orthopedic appliance, as a brace or splint, that prevents or assists movement of the spine or limbs.
**Osteophyte** - Bony projections that form along joints

**P**

**Palpation** - The act of feeling with ones hands.
**Parenteral** - The introduction of substances into an organism by IV, subcutaneous, intramuscular, or intramedullary injection.
**Patella** - The kneecap
**Peripheral** - Away from the center
**Petechia** - Pinpoint sized bleeding spots under the skin
**Phalanges -** Bones of the fingers or toes.
**Pharynx** - The space behind the mouth that serves as a passage for food from the mouth to the esophagus and for air from the nose and mouth to the larynx.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Phlebitis** – Inflammation of a vein. Common causes include chemical or mechanical irritation of veins by sclerosing intravenous fluids or indwelling catheters, thrombosis, or venous  infections. The affected vein is often painful, tender, red or swollen. Inflammation or  occlusion of deep veins may produce edema (swelling) distal to the lesion.

**Phonophoresis -** A method of driving medication into tissue with ultrasound.

**Physiatry** - A branch of medicine that deals with restoring function for a person who has been disabled as a result of a disease, disorder, or injury.

**Plantar** - Referring to the sole of the foot

**Popliteal -** Hollow area behind the knee joint

**Posterior** - the back

**PRN** - As needed

**Prognosis** - A forecast of the probable course and/or outcome of a disease.

**Prolapse** - A falling or dropping down of an organ or internal part, such as the uterus.

**Prosthesis -** Fabricated substitute for a diseased or missing part of the body.

**Protrusion** - an intervertebral disc in which the nucleus pulposus extends into a tear of the annulus fibrosis but has not become a free fragment.

**Proximal** - Nearest to the point of attachment, center of the body, or point of reference.

**Pruritis** - Itching

**Ptosis** - Abnormal and permanent lowering of an organ, especially drooping of the upper eyelid caused by muscle failure.

**Pulmonary -** Relating to the lungs


Q


**Quadriplegia** - loss of movement and sensation in all four limbs.


R


**Radiculitis** - Inflammation of a nerve root.

**Radiculopathy -** Irritation of a nerve root, usually noninflammatory, nonspecific, and localized; for example, cervical lumbar.

**Radius** - The outer and shorter bone of the forearm.

**Reduction -** The correction of a fracture.

**Reflex** - An involuntary reaction in response to the periphery and transmitted to the nervous centers in the brain or spinal cord.

**RSD** - A chronic condition characterized by severe burning pain, pathological changes in bone and skin, excessive sweating, tissue swelling, and extreme sensitivity to touch.

**Rupture -** Tear to an organ or vessel.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

S

**Sacral** - **relating to the sacrum**
**Sacral bone -** sacrum

**Sacralgia -** sacral pain

**Sacralization -** fusion of the sacrum and the fifth lumbar vertebrae
**Sacral nerves -** five pairs of spinal nerves, the upper four emerge through the posterior sacral  foramina, the fifth pair through the sacral hiatus (termination of the sacral canal).  All are mixed nerves (motor and sensory)
**Sacral plexus -** a nerve plexus formed by the ventral branches of the fourth and fifth lumbar nerves and the first four sacral nerves, from which the sciatic nerve originates
**Sacral vertebra -** one of the fused vertebrae forming the sacrum
**Sacro -** combining form meaning sacrum
**Sacrococcygeal -** concerning the sacrum and coccyx
**Sacrocoxalgia -** pain in the sacroiliac joint, usually due to inflammation
**Sacrocoxitis -** inflammation of the sacroiliac joint
**Sacroiliac -** pertaining to the sacrum and ilium
**Sacroiliac joint** - the articulation between the sacrum and the innominate bone of the pelvis. Joint movement is limited because of interlocking of the articular surfaces

**Sacroiliitis -** inflammation of the sacroiliac joint
**Sacrolisthesis (slipping) -** a deformity in which the sacrum is in front of the last lumbar vertebra (see spondylolisthesis)
**Sacrolumbar -** concerning the sacrum and the lumbar region
**Sacrosciatic -** concerning the sacrum and the ischium
**Sacrospinal -** concerning the sacrum and the spine
**Sacrovertebral angle -** angle formed by the base of the sacrum and the fifth lumbar vertebra
**Sacrum** - (forms the base of the vertebral column) Triangular bone situated dorsal and caudal from the two ilia between the fifth lumbar vertebra and the coccyx. Formed of the five united vertebrae and wedged between the two innominate bones, its articulations forming the sacroiliac joints
**Sagittal -** in an anteroposterior direction
**SaO2 -** oxygen saturation of arterial blood expressed as a percentage. Can be monitored noninvasively with a pulse oximeter. Normal range is greater than 96%.
**Scan -** an image obtained from computed tomography, ultrasound, or magnetic resonance imaging
**Scaphoid -** boat-shaped, navicular, hollowed. A proximal boat-shaped bone of the carpus or the  tarsus
**Scaphoiditis -** inflammation of the scaphoid bone
**Scapula (shoulder blade) -** Large, flat, triangular bone that forms the posterior portion of the  shoulder
**Scapulo -** combining form meaning shoulder

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Scapuloclavicular -** concerning the shoulder blade and collar bone

**Scapulodynia -** inflammation and pain in the shoulder muscles

**Scapulohumeral (humerus, upper arm) -** Concerning the scapula and humerus

**Scar -** a mark left in the skin or an internal organ by the healing of a wound, sore or injury because of replacement by connective tissue of the injured tissue

**Schizophrenia -** disorder that alters perception, thinking, language and communication,  behavior, affect, volition and drive, social functioning, and attention.  Characteristic symptoms are positive and negative Positive-delusions, hallucinations, disorganized speech and behavior Negative symptoms-flat affect, alogia (inability to speak), and avolition (absence of initiative or motivation)

**Schmorl's disease -** herniation of the nucleus pulposa through a cracked vertebral end plate into  the vertebral body

**Sciatic -** pertaining to the hip or ischium.  Pertaining to, due to, or afflicted with sciatica

**Sciatica -** severe pain in the leg along the course of the sciatic nerve felt at the back of the thigh  and running down the inside of the leg

**Sciatic nerve -** the largest nerve of the body, arising from the sacral plexus on either side,  passing from the pelvis through the greater sciatic foramen, and down the back of the  thigh, where is divides into the tibial and peroneal nerves

**Sclera -** outer layer of the eyeball made of fibrous connective tissue

**Sclerosis -** a hardening or induration of an organ or tissue, or hardening within the nervous system, especially the brain and spinal cord, resulting from degeneration of nervous elements

**Scoliokyphosis - (scoliosis-twisted) (kyphosis-humpback**) A condition combining scoliosis and kyphosis

**Scoliosis -** a lateral curvature of the spine. It usually consists of two curves, the original abnormal  curve and a compensatory curve in the opposite direction.

    **Several types:**

    **Congenital-**present at birth

    **Functional-no spinal deformity-**but another condition such as unequal leg lengths

    **Habit-**due to habitually assumed improper posture or position

    **Idiopathic-**cause unknown

    **Inflammatory-**due to disease of the vertebrae

    **Ischiatic-**due to hip disease

    **Myopathic-**due to weakness of the spinal muscles

    **Neuropathic-**structural scoliosis caused by congenital or acquired neurological disorders

    **Osteopathic-**caused by bony deformity of the spine

    **Paralytic-**due to paralysis of muscles

    **Protective-**an acute side shifting of the lumbar spine, usually away from the side of pathology

    **Sciatic-**due to sciatica

Confidential Information of GEICO Companies
© Government Employees Insurance Company

> **Static-**due to a difference in length of the legs
>
> **Structural-**irreversible lateral spinal curvature that has a fixed rotation

**-scopy -** combining form meaning examination

**Secondary -** produced by a primary cause

**Second cranial nerve -** the nerve carrying impulses for the sense of sight

**Section -** a division or segment of a part

> **Examples:**
>
> **Coronal-**frontal section
>
> **Cross-**a section perpendicular to the long axis of an organ
>
> **Frontal-**section dividing the body into two parts, dorsal and ventral
>
> **Longitudinal-**section parallel to the long axis of an organ
>
> **Midsagittal-**section that divides the body into right and left halves
>
> **Sagittal-**a section cut parallel to the median planed of the body

**Sedation -** the state of being calmed

> **Types:**
>
> **Conscious sedation-**a minimally depressed level of consciousness using which the patient retains the ability to maintain a patent airway and respond appropriately to physical or verbal demands. This is accomplished by the use of analgesics and sedatives.

**Sedative** - an agent that exerts a calming effect. Sedatives may be general, local, nervous, or vascular.

**Serosynovitis -** (synovia-joint fluid) (itis-Inflammation) Synovitis with an increase in synovial fluid

**Shoulder-**the region of the proximal humerus, clavicle and scapula

> **Adhesive Capsulitis of Shoulder -** a condition that causes shoulder pain, with restricted movement even though there is no obvious intrinsic shoulder disease.
>
> **Dislocation of Shoulder-**a condition in which the head of the humerus is displaced beyond the
>
> boundaries of the glenoid fossa
>
> **Shoulder Separation -** acromioclavicular separation

**Shoulder girdle -** the two scapulae and two clavicles attaching the bones of the upper  extremities to the axial skeleton (i.e. the vertebrae of the backbone)

**Shoulder joint -** a joint formed by the humerus and the glenoid cavity of the scapula

**Sign -** any objective evidence or manifestation of an illness or disordered function of the body.  Signs are more or less definitive and obvious, and apart from the patient's impressions, in contrast to symptoms, which are subjective.

> **Objective signs-**in physical diagnosis, a sign that can be seen, heard, measured or felt by the diagnostician. Finding of such signs can be used to confirm or deny the disease suspected of being present
>
> **Physical signs-**same as objective signs

**Sinusitis -** inflammation of a nasal sinus, esp. a paranasal sinus. May be caused by various agents,  including viruses, bacteria, or allergy. Predisposing factors include inadequate drainage,  chronic rhinitis, general debility, or dental abscess in maxillary bone

**Skeletal -** pertaining to the skeleton

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

**Skeletal muscle -** muscle fibers that are attached to parts of the skeleton and involved primarily  in movements of the parts of the body (SYN: striated muscle, voluntary muscle)

**Skeletal traction -** a pulling force applied directly to the bone through surgically applied pins and tongs

**Skeleto -** combining form meaning skeleton

**Skeleton** (dried up body) - the bony framework of the body consisting of 206 bones: 80 axial or trunk and 126 of the limbs (appendicular). This number does not include teeth or the sesamoid bones other than the patella

    Appendicular skeleton-**bones of the appendages and their supporting pectoral and pelvic girdles**

    Axial skeleton-**bones of the head and trunk**

        **Cartilaginous skeleton-**the part of the skeleton formed by the cartilage; it serves as support and protection but is more flexible and resistant to resorption due to pressure than bone

**Skin-**the layer of tissue between the body and its environment

**Skull-**the bony framework of the head, composed of 8 cranial bones, the 14 bones of the face,  and the teeth

        **Fracture of Skull-**loss of the integrity of one or more of the bones of the cranium. A fracture is classified according to whether it is in the vault or the base but, from the point of view of treatment, a more useful classification is differentiating between a simple fracture (uncommon) and a compound fracture. When a compound fracture occurs in the vault of the skull, the bone is depressed and driven inward, possibly damaging the brain. Treatment is surgery.

**Sling -** a support for an injured upper extremity

**Smith's fracture -** a fracture of the lower end of the radius, with forward displacement of the lower fragment

**SOAP -** acronym for an organized structure for keeping progress notes in the chart. Each entry contains the date, number, and title of the patient's particular problem, followed by the soap headings: Subjective findings; Objective findings; Assessment; the documented analysis and conclusions concerning the findings; and Plan for further diagnostic or therapeutic action.

**SOB -** shortness of breath

**Socket -** a hollow in a joint or part for another corresponding organ, as a bone socket or an eye  socket

**Softening -** the process of becoming soft. (SYN: malacia)

        Softening of Bones-osteomalacia

**Soft palate -** the posterior portion of the roof of the mouth, partly separating he mouth and the  pharynx

**Sole -** the under part of the foot

**Soleus -** a flat broad muscle of the calf of the leg

**Soma -** the body as distinct from the mind

**Somato -** combining form meaning body

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Somnolence -** prolonged drowsiness; sleepiness

**Sone (sound) -** a unit of loudness; the loudness of a pure tone of 1000 cycles per sound, 40 decibels above the listener's threshold of hearing

**Sonic - (sonus-sound)** pertaining to sound

**Sonogram -** the record obtained by using ultrasonography

**Sonography -** ultrasonography

**Sore -** any type of painful or tender ulcer or lesion of the skin or mucous membranes

**Sound -** auditory sensations produced by vibrations; noise. It is measured in decibels, which is the logarithm of the intensity of sound; thus 20 decibels represents not twice 10 decibels, but 10 times as much

**Spasm -** an involuntary sudden movement or muscular contraction that occurs as a result of some irritant or trauma. Spasms may be clonic (characterized by alternate contraction and relaxation) or tonic (sustained). They may involve either smooth (visceral) muscle or skeletal (striated) muscle. When contractions are strong and painful, they are called cramps. The effect depends on the part affected.

**Spasticity -** increased tone or contraction of muscles causing stiff and awkward movements; the result of an upper motor neuron lesion

**Specialist -** a healthcare professional who has advanced education and training in one clinical area of practice. In most specialized areas of health care, there are organizations offering qualifying examinations. When an individual meets all of the criteria of such a board, he or she is called "board certified" in that area

**Speech** - the verbal expression of one's thoughts

**Spheno -** combining form meaning wedge, or indicating a relationship to the sphenoid bone

**Sphenobasilar -** concerning the sphenoid bone and basilar portion of the occipital bones

**Sphenoccipital -** concerning the sphenoid and occipital bones

**Sphenoethmoid -** pertaining to the sphenoid and ethmoid bones

**Sphenofrontal -** concerning the sphenoid and frontal bones

**Sphenoid -** cuneiform or wedge-shaped

**Sphenoid bone -** large bone at the base of the skull between the occipital and ethmoid in front, and the parietal and temporal bones at the side

**Sphenomaxillary -** concerning the sphenoid bone and the maxilla

**Sphenoparietal -** concerning the sphenoid and parietal bones

**Sphenorbital -** concerning the sphenoid bone and orbits

**Sphenotemporal -** concerning the sphenoid and temporal bones

**Sphincter -** a circular muscle constricting an orifice. In normal tonic condition, it closes the orifice.  The muscle must relax to allow the orifice to open

**Sphygmomanometer -** an instrument used for determining arterial blood pressure indirectly

**Spica hip cast** - cast containing the lower torso and extending to one or both lower extremities.  Used for treating pelvic and femoral fractures.

**Spicule (bony) -** a needle shaped fragment of bone

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Spina (pl Spinae) -** the spine

    **Spina bifida cystica -** a congenital defect in the walls of the spinal canal caused by a lack of union between the laminae of the vertebrae. The lumbar portion is the section chiefly affected. As a result of this defect, the membranes of the cord are pushed through the opening, forming a tumor known as spina bifida cystic and hydrorhachis, a condition caused by the fluid contained in the tumor.

    **Spina bifida occulta -** a failure of the vertebrae to close, without hernial protrusion

**Spinal -** pertaining to the spine or spinal cord

**Spinal anesthesia -** anesthesia produced by an anesthetic injected into the spinal canal

**Spinal canal -** Spinal column-the vertebral column enclosing the spinal cord and consisting of 33 vertebrae: 7 cervical, 12 dorsal or thoracic, 5 lumbar, 5 sacral fused to form one bone, and 4 in the coccyx fused to form one bone. The number is sometimes increased by an additional vertebra in one region, and sometimes one may be absent in another

**Spinal cord -** an ovoid column of nerve tissue averaging about 44 cm in length, flattenedanteroposteriorly, extending from the medulla to the second lumbar vertebra in the spinal canal. Most nerves to the trunk and limbs emerge from the spinal cord, a reflex center for spinal cord reflexes that conducts impulses to and from the brain. In cross section, it does not fill the vertebral space, being surrounded by the pia mater, the cerebrospinal fluid, the arachnoid, and the dura mater, which fuses with the periosteum of the inner surfaces of the vertebrae. The gray matter approximates the shape of an "H", there being a posterior and an anterior horn in either half. The anterior horn is composed of motor cells from which the fibers making up the motor portions of the peripheral nerves arise. Sensory neurons enter posteriorly. The "H" also divides the surrounding white matter into posterior, lateral, and anterior bundles. These connect the brain and spinal cord in both directions (i.e. with descending and ascending neurons) as well as various portions of the cord itself

**Spinal curvature -** abnormal curvature of the spine. It may be angular, lateral (scoliosis), or

    anteroposterior (kyphosis, lordosis).

**Spinal fluid -** Cerebrospinal fluid. When normal it contains 50 to 75 mg of glucose per 100 ml. Its glucose content is lower than that of blood.

**Spinal fusion -** surgical immobilization of adjacent vertebrae. This procedure may be done for several conditions, including herniated disc.

**Spinalgia -** pain in the vertebra under pressure

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Spinal nerve -** one of the nerves arising from the spinal cord: 31 pairs, consisting of 8 cervical, 12 thoracic, 5 lumbar, 5 sacral, and 1 coccygeal, corresponding with the spinal vertebrae. Each spinal nerve is attached to the spinal cord by two nerve roots: a dorsal or posterior sensory root and a ventral or anterior root. The former consists of afferent fibers conveying impulses to the cord: the latter of efferent fibers conveying impulses from the cord. A typical spinal nerve, on passing through the intervertebral foramen, divides into four branches.

**Spinal stenosis -** narrowing of the spinal canal due to degenerative or traumatic changes in the lumbar spine. It may cause claudication and intractable buttock and leg pain. If physical therapy, back braces, and corticosteroid injections do not provide relief, surgical decompression is indicated.

**Spinate -** having spines or shaped like a thorn.

**Spine -** 1. a sharp process of bone. 2. the spinal column

**Spinous process -** the prominence at the posterior part of each vertebrae

**Spirometry -** measurement of the air capacity of the lungs

**Spleen -** dark red, oval organ in the upper left abdominal quadrant posterior and slightly inferior to the stomach. Function: in the adult, macrophages remove pathogens from circulating blood; they also remove old red blood cells from circulation and form bilirubin (from the heme of hemoglobin that will circulate to the liver to be excreted in the bile. Because it is so vascular, the spleen may be a reservoir of blood in times of emergency such as hemorrhage. Contraction of the capsule and trabeculae compress the venous sinuses and force the blood in the spleen out into general circulation.

**Splenectomy -** surgical excision of the spleen

**Splenitis -** inflammation of the spleen

**Splenopathy -** any disorder of the spleen

**Splenorrhagia -** hemorrhage from a ruptured spleen

**Splenorrhaphy -** suture of a wound of the spleen

**Splint -** an appliance made of bone, wood, metal, or plaster of paris, used for the fixation, union, or protection of an injured part of the body. It may be movable or immovable.

**Splinter -** 1. a fragment from a fractured bone. 2. A slender, sharp piece of material piercing or imbedded in the skin.

**Splinting -** fixation of a dislocation or fracture with a splint

**Split pelvis -** congenital failure of pubic bones to form a union at the symphysis

**Spondylalgia -** painful condition of a vertebra

**Spondylarthritis -** inflammation of the joints of the vertebrae

**Spondylitis -** inflammation of one or more vertebrae

    **Types:**

    ankylosing s. - Rheumatoid s.

    **s. deformans -** inflammation of the vertebral joints resulting in the outgrowth of bone-like deposits on the vertebrae, which may fuse and cause rigid and distorted spine

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**hypertrophic s. -** a condition in which bodies of vertebrae hypertrophy; it occurs in most people over 50. Bony changes such as slipping at bases and the development of bony outgrowths on articular processes occur.

**Kummell's** s. - a traumatic spondylitis in which symptoms do not appear until some time after the injury

**Marie Strumpell s. - Rheumatoid s.**

**Rheumatoid s. -** a chronic progressive disease involving the joints between articular processes, costovertebral joints, and sacroiliac joints. Bilateral sclerosis of sacroiliac joints is a diagnostic sign. Changes occurring in joints are similar to those seen in rheumatoid arthritis. Ankylosis may occur, giving rise to stiff back

**Tuberculosis s. - Pott's disease**

**Spondylo, spondyl -** combining form meaning vertebra

**Spondylolisthesis -** any forward slipping of one vertebrae on the one below it. Predisposing factors include spondylolysis, degeneration, elongated pars, elongated pedicles, and birth defects in the spine such as spina bifida. SEE: retrospondylolisthesis

**Spondylosis -** vertebral ankylosis

**Cervical s., lumbar s. -** degenerative arthritis, osteoarthritis, of the cervical or lumbar vertebrae and related tissues. It may cause pressure on nerve roots with subsequent pain or paresthesia in the extremities.

**Spontaneous -** occurring unaided or without apparent cause; voluntary

**Spontaneous fracture -** fracture of a demineralized bone as in osteoporosis. This type of fracture may be painless

**Sports medicine -** application of medical knowledge and science to the physiological and pathological aspects of all persons who indulge in sports and athletics

**Sprain -** trauma to a joint that causes pain and disability depending on the degree of injury to ligaments. In severe sprain, ligaments may be completely torn. The ankle joint is the most often sprained.

**Stenosis -** the constriction or narrowing of a passage or orifice SYN: stricture. May result from embryonic maldevelopment, hypertrophy and thickening of a sphincter muscle, inflammatory disorders, or excessive development of fibrous tissue. It may involve almost any tube or duct.

**Stent -** any material or device used to hold tissue in place or to provide a support for a graft or anastomosis while healing is taking place.

**Sterilization -** the process of completely removing or destroying all microorganisms on a substance by exposure to chemical or physical agents, exposure to ionizing radiation, or by filtering gas or liquids through porous materials that remove microorganisms

**Sternal -** related to the sternum or breastbone

**Sterno -** combining form meaning sternum

**Sternoclavicular -** concerning the sternum and clavicle (collarbone)

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Sternocleidomastoid -** one of two muscles arising from the sternum and inner and inner part of the clavicle

**Sternocostal -** relating to the sternum and ribs

**Sternodynia -** pain in the sternum

**Sternomastoid -** pertaining to the sternum and mastoid process of the temporal bone

**Sternum -** the narrow, flat bone in the median line of the thorax in front

**Steroid -** an organic compound containing perhydrocyclopentanophenathrene, the basic structure or "building block" of steroid hormones

**Stiff neck -** rigidity of neck resulting from spasm of neck muscles

**Still's disease -** juvenile rheumatoid arthritis

**Strain -** trauma to the muscle of the musculotendinous unit from violent contraction of excessive  forcible stretch

**Strapping -** an adhesive plaster or other substance used to bind surfaces together or to hold dressings in place

**Stress -** in physical sciences, stress may be equated to certain types of forces (e.g. impact, shear, torsion, compression, and tension) that result in deformation or fracture of the material being stressed or tested.

  **s. fracture -** a fine hairline fracture that appears without evidence of soft tissue injury. Difficult to diagnose by xray examination and may not become visible until 3 to 4 weeks after the onset of symptoms

**Stress test -** a method of evaluating cardiovascular fitness

  **Adenosine s. t. -** a test for the diagnosis and evaluation of coronary heart disease. It is
  done when the standard exercise stress test cannot be performed or has been performed and yielded unsatisfactory results. Adenosine is given intravenously and an EKG is recorded during and after the administration.

**Subdural -** beneath the dura mater

**Subdural space -** the space between the arachnoid and the dura mater

**Subluxation -** a partial or incomplete dislocation

**Supine -** 1. lying on the back with the face upward. 2. a position of the hand or foot with the palm or foot facing upward; the opposite of prone.

**Supra -** combining form meaning above, beyond, or on the top side

**Surgery -** the branch of medicine dealing with manual and operative procedures for the correction of deformities and defects, repair of injuries, and diagnosis and cure of certain diseases.

**Symmetry -** correspondence in shape, size and relative position of parts on opposite sides of a body

**Symptom -** any perceptible change in the body or its functions that indicates disease

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

**Synarthrosis -** a type of joint in which the skeletal elements are united by a continuous intervening substance (cartilage, fibrous tissue or bone). Movement is absent or limited, and a joint cavity is lacking

**Syncope -** a transient loss of consciousness resulting from inadequate blood flow to the brain.

**Syndrome -** a group of symptoms and signs of disordered function related to one another by means of some anatomical, physiological, or biochemical peculiarity. This definition does not include a precise cause of an illness but does provide a framework of reference for investigating it

    **Postconcussion s**. - the persistence of fatigue, dizziness, headache and
    difficulty in concentrating after mild head injury

**Synovectomy -** removal of the synovial membrane

**Synovial fluid -** clear viscid lubricating fluid of the joint, bursae, and tendon sheaths, secreted by the synovial membrane of a joint

**Synovitis -** inflammation of a synovial membrane

**Syntaxis -** a junction between two bones SYN: articulation

**T**

**Tachycardia -** abnormal rapid heart beat, usually defined as a heart rate greater than 100 beats per minute in adults

**Tachypnea -** abnormal rapid respirations

**Tactile -** perceptible to the touch

**Talar -** pertaining to the talus, the ankle

**Talipes (talus-ankle + pes-foot) -** any of several deformities of the foot, especially those occurring congenitally

**Talocalcaneal -** pertaining to the ankle and heel bone

**Talus -** the ankle bone articulating with the tibia, fibula, calcaneus and navicular bone

**Tarsal bone -** one of the seven bones of the ankle, hind foot, and midfoot, consisting of the talus, calcaneus, navicular, cuboid, and three cuneiform bones

**Tarsalgia -** pain in the ankle

**Tarsal Tunnel Syndrome -** neuropathy of the distal portion of the tibial nerve at the ankle caused by chronic pressure on the nerve at the point it passes through the tarsal tunnel. It causes pain in and numbness of the sole of the foot and weakness of the plantar flexion of the toes

**Tarsitis -** inflammation of the tarsus of the foot

**Tarsus -** the ankle with its seven bones located between the bones of the lower leg and the metatarsus and forming the proximal portion of the foot. The talus articulates with the tibia and fibula, the cuboid and cuneiform bones with the metatarsals. SEE: foot

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**TB - Tuberculosis**

**Tear -** to separate or pull apart by force

    Types:

        **Bucket handle t. -** a longitudinal tear, usually beginning in the middle of a meniscus (cartilage) of the knee

**Teeth -** hard bony projections in the jaws serving as organs of mastication, there are 32 permanent teeth, 16 in each jaw. They include the following types: Incisors, canines (cuspids), premolars (bicuspids), and molars.  American system of numbering of teeth: numbers permanent teeth consecutively from he upper right 3rd molar as #1 through the maxillary teeth to #16, and then to the left mandibular third molar as #17 and through the mandibular teeth to the right 3rd molar as #32.

**Telemetry -** the transmission of data electronically to a distant location

**Temperature -** the degree of heat of a living body

**Temporal bone -** bones on both sides of the skull at its base (the temples)

**Temporomandibular -** pertaining to the temporal and mandible bones

**Temporomandibular joint -** the encapsulated, double, synovial joints between the condyles of the mandible and the temporal bones of the skull

**Tenalgia -** tendon pain. Tenodynia

        **t. crepitans -** an inflammation of a tendon sheath that on movement results in a crackling sound  Tenosynovitis crepitans

**Tendonitis, Tendonitis -** inflammation of a tendon

**Rotator Cuff Tear . -**frequent cause of shoulder pain thought to be due to pressure on the tendons of the shoulder, esp. that of the supraspinatus. The onset usually follows injury or overuse during activities that involve repeated elevation of the arm such as in certain occupations and sports

**Tendolysis -** the process of freeing a tendon from adhesions

**Tendon -** fibrous connective tissue serving for the attachment of muscles to bones and other parts

        **Achilles t.-**the large tendon at the lower edge of the gastrocnemius muscle, inserted into the os calcis. (Heel tendon)

**Tennis elbow -** condition marked by pain over the lateral epicondyle of the humerus or the head of the radius. The pain radiates to the outer side of the arm and forearm due to injury or overuse. The condition is aggravated by resisted wrist extension or forearm supination, or by a stretch force with the wrist flexed, forearm pronated, and elbow extended. A reliable diagnostic sign is increased pain when the middle finger is extended against resistance.

**Tenodesis** - surgical fixation of a tendon. Usually a tendon is transferred from its initial point of origin to a new origin in order to restore muscle balance to a joint, to restore lost function, or to increase active power of joint motion.

**Tenosynovitis -** inflammation of a tendon sheath.  SYN: tendosynovitis; See de Quervain's disease t. crepitans - **inflammation of a tendon sheath in which a crackling sound is heard on motion t. hyperplastica -** painless swelling of extensor tendons over the wrist joint

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**TENS -** transcutaneous electrical nerve stimulation
**Tensilon test -** diagnostic test for juvenile myasthenia gravis. Tensilon is injected intravascularly with an improvement of muscle strength that lasts for 5 minutes
**Tension headache -** headache caused by sustained tension of muscles of the face, neck and scalp

**Therapeutic -** pertaining to results obtained from treatment; having medicinal or healing properties
**Therapeutic exercise -** scientific supervision of exercise for the purpose pf preventing muscular atrophy, restoring joint and muscle function, increasing muscular strength, and improving efficiency of cardiovascular and pulmonary function.

**Therapeutic recreation -** a specialized field within recreation whose specialists plan and direct recreational activities for patients recovering from physical or mental illness or who are attempting to cope with permanent or temporary disability
**Thermography -** the use of a device that detects and records the heat present in very small areas of the part being studied. When these multiple readings are accumulated, the relatively hot and cold spots on the body surface are revealed. The technique has been used to study blood flow to limbs and to detect cancer of the breast.
**Thoracic -** pertaining to the chest of thorax
**Thoracic Outlet Compression Syndrome -** a symptom complex caused by conditions in which nerves or vessels are compressed in the neck or axilla. Anatomically, the cause is compression by structures, such as the first rib pressing against the clavicle. It is characterized by brachial neuritis with or without vascular or vasomotor disturbance in the upper extremities.
**Thoracolumbar -** pertaining to the thoracic and lumbar parts of the spine; denoting their ganglia and the fibers of the sympathetic nervous system.
**Thrombocytopenia -** an abnormal decrease in the number of blood platelets
**Thrombophlebitis -** inflammation of a vein in conjunction with the formation of a thrombus. It usually occurs in an extremity, most frequently a leg.
**Thumb -** the short thick first finger on the radial side of the hand
**Thyroid Function Test -** a test for evidence of increased or decreased thyroid function. Some of the more common lab tests are based on direct or indirect determination of the two thyroid hormones, triiodothyronine (T3) and tetraiodothyronine (T4). It is also helpful to obtain the serum thyroid stimulating hormone level (TSH).
**Tibia (shinbone) -** the larger bone of the leg between the knee and the ankle; it articulates with the femur above and with the talus below
**Tibalgia -** pain in the tibia
**Tietze's syndrome -** inflammation of the costochondral cartilages. Unknown etiology (cause).  The pain may be confused with that of a myocardial infarction

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

(heart attack). There is no specific therapy, but some relief is provided by injecting the area with procaine and corticosteroids.

**Tinnitus-** a subjective ringing, buzzing, tinkling or hissing sound in the ear. May be caused by impacted cerumen (ear wax), myringitis, otitis media, Meniere's disease, otosclerosis or drug toxicities (esp. salicylates (aspirin) or quinine).

**TMJ -** temporomandibular joint

**Tomography -** a radiographic technique that selects a level in the body and blurs out structures above and below that plane, leaving a clear image of the selected anatomy. This is accomplished by moving the xray tube in the opposite direction from the imaging device around a stationary fulcrum defining the plane of interest. SYN: body section radiography

Types:

**Computed t. -** tomography in which transverse planes of tissue are swept by a pinpoint radiographic beam and a computerized analysis of the variance in absorption produces a precise reconstructed image of that area

**Computerized axial t. - ABBR: CAT**

**Tone -** the resistance of muscles to passive elongation or stretch

**Muscular tone-** the state of slight contraction usually present in muscles that contributes to posture and coordination; the ability of a muscle to resist a force for a considerable period without change in length.

**Torticollis -** a deformity of the neck secondary to shortening of neck muscles, which tilts the head to the affected side with the chin pointing to the other side. It may be congenital or acquired.

**Tortipelvis -** muscular spasms that distort the spine and hip

**Total Hip Replacement -** surgical procedure used in treating severe arthritis of the hip. Both the head of the femur and the acetabulum are replaced with synthetic components.

**See: arthroplasty**

**Transcutaneous Electrical Nerve Stimulation (ABBR: TENS)** - The application of mild electrical stimulation to skin electrodes placed over a painful area. It causes interference with transmission of painful stimuli.

**Transient -** not lasting; of brief duration

**Transient Ischemic Attack (ABBR: TIA) -** Temporary interference with blood supply to the brain. The symptoms of neurological deficit may last for only a few moments or for several hours. After the attack, no evidence of residual brain damage or neurological damage remains.

**Transplantation -** the grafting of living tissue from its normal position to another site or the transplantation of an organ or tissue from one person to another.

**Transverse -** lying at right angles to the long axis of the body; crosswise

**Transverse foramen -** a canal through the transverse processes of the cervical vertebrae for passage of the vertebral arteries

**Transverse plane -** a plane that divides the body into a top and bottom portion

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Trapezius -** a flat triangular muscle covering the posterior surface of the neck and shoulder

**Trapezoid bone -** the second bone in the distal row of carpal bones

**Trauma** - physical injury or wound caused by external force or violence. The principal types of trauma include: motor vehicle accidents, falls, burns, gunshot wounds, and drowning

**Traumatic -** caused by or relating to an injury

**Triage -** the screening and classification of sick, wounded or injured persons to determine priority needs for the efficient use of medical and nursing personnel, equipment, and facilities. It is done in emergency rooms, acute care facilities, during war or any other disasters.

**Triceps -** muscle arising by three heads with a single insertion

**Trigger finger -** a state in which flexion or extension of a digit is arrested temporarily but is finally completed with a jerk.

**Trigger point, Trigger zone -** an area that when stimulated will initiate an attack of neuralgia

**Triglycerides -** combinations of glycerol with three of five different fatty acids. Produced in the liver. Insoluble in water, they are transported in combination with proteins **(lipoproteins)**

> SEE: hyperlipoproteinemia

**Trimester -** a three month period

> **First t. -** first 3 months of pregnancy
>
> **Second t. -** the middle 3 months of pregnancy
>
> **Third t. -** the third and final 3 months of pregnancy

**Trochanter -** either of the two bony processes below the neck of the femur

**Trophic -** concerned with nourishment

**Trousseau's sign -** a muscular spasm resulting from pressure applied to nerves and vessels of the upper arm. It is indicative of latent tetany and also occurs in osteomalacia

**Trunk -** the body exclusive of the head and limbs

**Tuberculosis -** an infectious disease caused by the tubercle bacillus, Mycobacterium tuberculosis, and characterized pathologically by inflammatory infiltrations, formation of tubercles, necrosis, abscesses, fibrosis and calcifications. It commonly affects the respiratory system, but other parts of the body such as the gastrointestinal tract, bones, joints, nervous system, etc. may also become infected.

**Tunnel -** a narrow channel or passageway

> **Types:**
>
> **carpal t.-**the canal in the wrist bounded by osteofibrous material through which the flexor tendons and the median nerve pass.  SYN: flexor tendon
>
> **tarsal t.-**the osteofibrous canal in the tarsal area bounded by the flexor retinaculum and tarsal bones. The posterior tibial vessels, tibial nerve, and flexor tendons pass through this tunnel.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**TUR -** transurethral resection of the prostate

U

**Ulcer** - an open sore or lesion of the skin or mucous membrane accompanied by sloughing of inflamed necrotic tissue.

**Ulna -** the inner and larger bone of the forearm, between the wrist and the elbow, on the side opposite that of the thumb. It articulates with the head of the radius and humerus proximally, and with the radius and carpals distally.

**Ultrasonography -** the use of ultrasound to produce an image or photograph of an organ or tissue. Ultrasonic echoes are recorded as they strike the tissues of different densities.

   Types:

      **Doppler u. -** the shift in frequency produced when an ultrasound wave is echoed from something in motion. The use of the Doppler effect permits measuring the velocity of that which is being studied (e.g. blood flow in a vessel)

**Ultrasound –** inaudible sound in the frequency range of approx. 20,00 to 10 billion cycles/sec. Ultrasound has different velocities in tissues that differ in density and elasticity from others. This property permits the use of ultrasound in outlining the shape of various tissues and organs in the body. In physical therapy, the thermal effects of ultrasound are used to treat musculoskeletal injuries, weaken scar tissue, stretch tendons, and warm tissue. Ultrasound may be used with phonophoresis to facilitate movement of ions into tissue and with electric current for muscular stimulation.

**SEE: phonophoresis; ultrasonography**

**Unconscious -** not aware of the environment. In this state, s person experiences no sensory impressions and has no subjective experiences

**Union -** the act of joining two or more things into one part; growing together of severed or broken parts, as of bones or lips of a wound

**Upper Respiratory infection (ABBR: URI) -** An imprecise term for almost any kind of infectious disease process involving the nasal passages, pharynx and bronchi. The causative agent may be bacterial or viral.

**Urarthritis -** arthritis due to gout

**Ureter -** the tube that carries urine from the kidney to the bladder

**Urethra -** a canal for the discharge of urine extending from the bladder to the outside

**URI -** upper respiratory infection

**Urinary tract infection (ABBR: UTI) -** Infection of the urinary tract with microorganisms

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Urticaria -** a vascular reaction of the skin characterized by a sudden general eruption of pale wheals or papules, which are associated with severe itching. This condition may be caused by contact with an external irritant such as physical agents, foods, insect bites, serum sickness, pollens, drugs, or neurogenic factors.

   **SYN: hives**

**Uterus -** reproductive organ for containing and nourishing the embryo and fetus from the time the fertilized egg is implanted to the time the fetus is born


**V**

**Vagus -** the pneumogastric or 10th cranial nerve. It is a mixed nerve, having motor and sensory functions and a wider distribution than any of the other cranial nerves

**Valve -** any one of various membranous structures in a hollow organ or passage that temporarily close to permit the flow of fluid n one direction only

**Varicose vein -** an enlarged, twisted superficial vein. Most commonly found in the extremities  and in the esophagus

**Vasculitis -** inflammation of a blood or lymph vessel

 **Vaso -** combining form meaning vessel, as a blood vessel

**Vasoconstriction -** a decrease in the caliber of blood vessels

**Vasodepressor -** having a depressing influence on the circulation, lowering blood pressure by dilatation of blood vessels. An agent that decreases circulation.

**Vasodilation -** an increase in the caliber of a blood vessel

**Vasomotor -** pertaining to the nerves having vascular control of the blood vessel walls. A vasomotor reflex is one in which the stimulus, such as a horrifying sight, results in a change in the vasomotor tone (e.g. pallor)

**Vasopressor -** causing contraction of the smooth muscle of arteries and arterioles. This increases resistance to the flow of blood and elevates blood pressure.

**Vastus -** one of three muscles of the thigh

**VBAC -** vaginal birth after previous cesarean

**Vein -** a vessel carrying deoxygenated (dark red) blood to the heart, except for the pulmonary veins, which carry oxygenated blood

**Vena -** a vein

  **V. cava inferior -** principal vein draining blood from the lower portion of the body

  **V. cava superior -** the principal vein draining blood from the upper portion of the body

**Ventral -** pertaining to the belly; the opposite of dorsal; in humans, pertaining to the anterior portion or front side of the body

**Ventrodorsal -** in a direction from the front to the back

**Venule -** a tiny vein continuous with a capillary


**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

**Vertebra (pl, vertebrae) -** any of the 33 bony segments of the spinal column: 7 cervical, 12 thoracic, 5 lumbar, 5 sacral, and 4 coccygeal vertebrae. In adults, the five sacral vertebrae fuse to form the sacrum, and the four coccygeal vertebrae fuse to form the coccyx.

> Types:
>> **Basilar v.-**the lowest of the lumbar vertebrae
>> **v. dentate-**the second cervical vertebra. **SYN: odontoid v.; axis.**
>> **False v.-**the sacral and coccygeal vertebrae that fuse. **SYN: fixed v.**
>> **v. magnum-**the sacrum

**Odontoid v.-V. dentate**

>> **v. prominens-**the seventh vertebral vertebra
>> **sternal v.-**one of the segments of the sternum
>> **True v.-**one of the vertebrae that remain unfused through life: the cervical, thoracic and lumbar

**Vertebral -** pert. to a vertebra or the vertebral column

**Vertebral arch -** the thoracic portion of a vertebra that encloses a vertebral foramen

**Vertebral canal -** spinal canal

**Vertebral column -** spinal column

**Vertebral foramen -** the hollow space enclosed by a vertebral arch

**Vertebral groove -** the groove lying on either side of the spinous processes of the vertebrae

**Vertebral rib -** one of the lower two, or floating, ribs

**Vessel -** a tube, duct, or canal to convey the fluids of the body

**Vision -** act of viewing external objects

**Visual evoked response (ABBR: VER) -** a reaction produced in response to a visual stimuli. While the patient is watching a pattern projected on a screen, the electroencephalogram is recorded. The characteristics of the wave form, its latency, and the amplitude of the wave can be compared with the normal, and important information concerning the function of the visual apparatus in transmitting stimuli to the brain can be obtained. SEE: brainstem auditory evoked responses; evoked responses; somatosensory evoked responses

**Visual field -** the area within which objects can be seen when the eye is fixed

**Vola, Volar -** terms originally used to refer to the palm of the hand or sole of the foot. The preferred term for reference to the palm of the hand is palmar

**Volkmann's canals -** vascular channels in compact bone. They are not surrounded by concentric lamellae as are the haversian canals

**Volkmann's contracture -** degeneration, contracture, fibrosis, and atrophy of a muscle resulting from injury to its blood supply; usually seen in the hand

**Voluntary muscle -** any muscle that is normally controlled by the will. These muscles are generally attached to the skeleton and are innervated by myelinated nerves coming directly from the brain or spinal cord

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Vomer -** plowshaped bone that forms the lower and posterior portion of the nasal septum, articulating with the ethmoid, the sphenoid, the two palate bones, and the two superior maxillary bones

# W

**Wagstaffe's fracture -** a fracture with separation of the medial malleolus of the ankle

**Warfarin sodium -** an anticoagulent drug. **Coumadin and Panwarfin are the trade names**

**WBC -** white blood cells; white blood count

**Whiplash injury -** an imprecise term for injury to the cervical vertebrae and adjacent soft tissues.  It is produced by a sudden jerking or relative backward or forward acceleration of the head with respect to the vertebral column. This type of injury may occur in a vehicle that is suddenly and forcibly struck from the rear.

**Work -** 1. a force moving a resistance 2. the job, occupation or task one performs as a means of providing a livelihood

**Work hardening -** a series of conditioning exercises that an injured worker performs in a rehabilitation program. These are designed to simulate the functional tasks encountered on the job to which the individual will return

**Wound -** a break in the continuity of soft parts of body structures caused by violence or trauma to tissues

    Types:

        **Abdominal w. -** involves damage to the structure of the abdominal wall

        **Bullet w. -** puncture wound from a bullet

        **Cellulitis of w. -** local inflammation of a wound, occurring when the wound has been closed without drainage

        **Contused w. -** a bruise in which the skin is not broken **SEE: ecchymosis; hematoma**

        **Crushing w. -** trauma due to force applied to tissues so they are mashed or compressed, but with minimal or no lacerations

        **Fishhook w. -** wound caused by a fishhook becoming embedded in soft tissue

        **Incised w. -** any sharp cut in which the tissues are not severed; a clean cut caused by a cutting instrument

        **Lacerated w. -** an unclean wound with torn, ragged edges, the type of wound that provides many avenues for infection

        **Nonpenetrating w. -** wound in which the surface of the skin remains intact

        **Open w**. - a contusion in which the skin is also broken, such as a gunshot, incised or lacerated wound

        **Penetrating w. -** a wound in which the skin is broken and the agent causing the wound enters subcutaneous tissue or a deep lying structure or cavity

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Perforating w. -** a wound in which the object that caused it entered and emerged from the body

**Puncture w. -** wound made by a sharp pointed instrument, such as a needle, dagger, ice pick

**Subcutaneous w. -** a wound, such as a contusion, with no accompanying break in the skin

**Tunnel w. -** a wound having a small entrance and exit of uniform diameter

**Wrist -** the joint lying between the hand and the forearm

**Wrist bone -** one of the eight bones composing the carpus


**X**


**Xanax -** trade name for alprazolam, an anti-anxiety drug

**Xiphoid process -** the lowest portion of the sternum; a sword shaped cartilaginous process supported by bone. No ribs attach to the xiphoid process

**X radiation -** 1. electromagnetic waves or energy composed f x-rays 2. treatment with or exposure to x-rays


**Y**


**Y cartilage -** the cartilage that connects the pubis, ilium, and ischium and extends into the acetabulum

**Y ligament -** a Y-shaped band covering the upper and anterior portions of the hip joint. Also called the iliofemoral ligament


**Z**


**Zygoma - (cheekbone)-**1. the long arch that joins the zygomatic processes of the temporal and malar bones on the sides of the skull 2. the malar bone

**Zygomatic -** pertaining to the zygoma

**Zygomatic arch -** the formation, on each side of the cheeks, of the zygomatic process of each malar bone articulating with the zygomatic process of the temporal bone

**Zygomatic bone -** the bone on either side of the face below the eye SYN: malar bone

Confidential Information of GEICO Companies
© Government Employees Insurance Company

# Soft Tissue Injuries

These injuries are characterized as minor-to-moderate in degree, with a recovery period of 60-90 days, resulting in no significant permanent disability or disfigurement. This category represents the bulk of sift tissue injuries, including bumps, bruises, cuts, abrasions, sprains and strains.  They can involve short periods of temporary disability of various complaints rather than objective symptoms.

The evaluation if moderate injury claims should at least consider the following factors:

1. The amount of medical bills and lost wages.

2. The nature of medical expense (treatment vs. diagnostic)

3. The nature of treatment (passive vs. active therapy)

4. The length of treatment

5. The intensity/frequency of treatment (visit patterns)

6. The physician's credentials and reputation (MD, DO, DC, etc.)

7. The objectivity of symptoms (can objective findings substantiate subjective complaints?

8. The claimant's pain and suffering and how that relates to their daily activity.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

# Severe Injury

These injuries are characterized as extensive-to-severe in degree, with recovery period largely exceeding 90 days and resulting in significant disability (temporary and/or permanent) or disfigurement.  Such injuries include severe fractures, lacerations, burns, head trauma and spinal trauma.  They are normally demonstrated by objective evidence and extensive special damages.  In your evaluation of severe injury claims you should consider the following factors:

1. The nature and severity of the injury.
2. The length of initial treatment/recovery, to include hospitalization, home recovery (nursing care), total/partial temporary disability.
3. The necessity for future treatment, to include nature of care, degree of total/partial temporary disability, length of future treatment and estimated cost of future treatment.
4. The application of rehabilitation services to aid in recovery.
5. The degree of permanent (residual) disability, as it affects:

   - The injured extremity and the entire body.
   - Functional and/or anatomical disabilities.
   - The injured person's earning capacity (wage loss).
   - The injured person's general enjoyment of life style.
   - The injured person's appearance to society.
   - The injured person's emotional stability.

6. The degree of permanent disfigurement, as determined by the:

   - Injured person's age, sex, occupation, social and marital status.
   - Severity (appearance) and location (concealment potential) of the disfigurement.
   - Potential success and cost of corrective measures.
   - Emotional affect (humiliation/embarrassment) of the disfigurement.

7. The total amount incurred and anticipated medical expense (wihin reasonable disfigurement).
8. The total amount of lost wages/income (due to past and future treatment) and reasonably probable diminished earning capacity (due to permanent disability).
9. The injured person's conscious pain and suffering, as indicated by the nature, intensity, duration and constancy of the pain experienced.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

# Questions to Ask as you Review Medical Bills

1.  What were the dates of the treatment?  (Check for Sundays and holidays)

2.  Was this standard treatment?

3.  Were there any complications?

4.  Did you verify the bill?

5.  Did you check the math?

6.  What is the diagnosis?

7.  What is the prognosis?

8.  Any disability?  Partial?  Total?  Temporary?  Permanent?

9.  Who is the doctor?

10. Are there any other doctors involved?

11. Any other medical bills?

12. Prescriptions?

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

# Questions to Ask as you Review Lost Earnings Claims

1.  Was it necessary to lose work?

2.  How much time was lost?  Why?

3.  Was the lost time due to injury?

4.  What kind of job does the injured person have?

5.  Did the doctor tell him not to work?

6.  Does the doctor's report show disability?

7.  How many hours a week does he work?

8.  What is his salary?

9.  Does he have more than one job?  What?  When?  Salary for 2nd job?

10. Did he lose time from his 2nd job?

11. Did you verify the lost wage statement?

12. If self-employed, did you check his business books or tax records?

13. Was there any other out-of-pocket expenses?

Confidential Information of GEICO Companies
© Government Employees Insurance Company

# Pictures of Different Procedures and Treatments

**Example #1 - X-Ray**



**Example #2 - MRI**



**Example #3 - CT Scan**



Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Example #4 - Needle EMG/Nerve Conduction Studies**



**Example #5 – Surface EMG**



Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Example #6 – Myelogram (Diagnostic Picture)**



Confidential Information of GEICO Companies
© Government Employees Insurance Company

**Example #7 - Diskogram**



**Example #8 - Bone Scan**



Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01233

**Example #9 – Hot/Cold Packs (E-Stim)**



**Example #10 - Electrical Stimulation**



**Example #11 – Massage**



Confidential Information of GEICO Companies
© Government Employees Insurance Company

**GTM01234**

**Example #12 - Ultrasound**



**Example #13 - Cervical Traction**





Confidential Information of GEICO Companies
© Government Employees Insurance Company

**GTM01235**

**Example # 14 - TENS Unit**



**Example #15 - Chiropractic Manipulation**

 

Confidential Information of GEICO Companies
© Government Employees Insurance Company

**GTM01236**

**Example # 16 - The Spinal Column (Anatomy)**



Confidential Information of GEICO Companies
© Government Employees Insurance Company

150



1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

CONFIDENTIAL!

**GTM01238**

151



1.

2

3

8

4

7

5

6

CONFIDENTIAL!

**152**



**Nerve Roots serve Three Functions
Sensory – Motor - Reflex**



Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01240

153

**Nucleus Pulposis Herniation**

**Disc Protrusion**

**Extruded Disc**

**Sequestrated Disc**

Confidential Information of GEICO Companies
© Government Employees Insurance Company

154



Confidential Information of GEICO Companies
© Government Employees Insurance Company

## NOTES

155

GTM01243



Intentionally left blank

Confidential Information of the Government Employees Insurance Companies
© 2006 GEICO

# Lesson Seven
## Evaluating Bodily Injury Claims
# Student Manual
# TCR2 Module

## Objectives:

1. Review and understand the fundamentals of the evaluation process
2. Identify key elements of the evaluation process

GTM01245

2

# How to Evaluate a Bodily Injury Claim

The injury evaluation is the process in which we determine the claim's settlement Value or Price depending upon the overall facts concerning coverage, liability and damage.  This process may be simple and easily achieved or a long complicated and, time-consuming process.

In each case, we must carefully consider coverage (policy limits, priorities of policies, pro rata and contribution), liability, injury and damage as well as any other special circumstances that must be evaluated.  These special circumstances such as aggravated negligence, street racing, DUI, DWI, or reckless driving can have an enormous impact upon a claim's final settlement value.  Forgetting to include them in the evaluation of the bodily injury claim could be detrimental to resolving the claim promptly.  What a value is of a claim today may not necessarily be a value tomorrow.  An injury claim is not static; it progresses through stages.  New information may enter a file at any time and either decrease or increase the value.  The evaluation process always requires the exercise of our judgment.  Our judgment is based upon the experience we gain from previous decisions and outcomes.  This experience for the most part can only be mastered by practical application.

# Fundamental Considerations

In order to understand how to arrive at a settlement value, you should have an acceptable knowledge and understanding of the law. You must always be considering some sort of a theory of defense for the insured.  The bodily injury portion of a claim is mutually exclusive from the property damage portion, and one is not necessarily binding upon the other.  In other words, just because we accepted or paid 100% of the Property Damage claim, doesn't necessarily mean we owe 100% of the personal injury claim. You should know things such as what may be discoverable in a lawsuit and what types of legal matters will add or decrease the value of a claim.

It is imperative that you have conducted a thorough investigation of the facts (accident details).  You should be familiar with the statements made by the insured and claimant as well as the all facts of the accident and the witness statements.  The defense of the case will ultimately hinge upon these facts, not our opinions.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01246

Your claim file should contain a clear, concise and well-documented knowledge of the injury. This derives from both your Alog notes and the injury information you have updated in ClaimIQ.  You should document your conversations with the claimant or their representative on each contact.  Be sure to mention in your notes such things as subjective complaints, impact on their quality of life or future enjoyment, or family issues that have developed as a result of the loss.

You should know and have documented the type of injury, treatment, length of treatment, amount of diagnostic and palliative treatment received.

# __Damages__

Damages are broken into two forms resulting from civil torts; they are _punitive damages_ and _compensatory damages._

The purpose of **Punitive Damages** is to punish a defendant and to deter others from committing similar acts in the future. The claimant/plaintiff has the burden of proving that punitive damages should be *awarded* and at what amount by a preponderance of the evidence. You should never reference any claimant as a plaintiff in your Alog if the <u>claim is not in suit.</u> (A claimant does not become a plaintiff until a law suit is actually filed).  Punitive damages may be awarded only if the defendant's conduct was _willful and wanton misconduct (malicious)_ or in _reckless disregard of another persons right._

**Compensatory damages** are defined as the amount that the plaintiff can recover as a natural and probable consequence of the defendant's wrongful act because of injuries or loss sustained. Compensatory damages are divided into two broad categories known as *Special Damages* and *General Damages,* which we will discuss in great detail in this lesson, as these damages are the portion that the TCR2 examiners are charged with determining.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

4

# Special Damages

Special Damages are often referred to as "Out of Pocket Expenses".  In determining if the special damages are going to be accepted by the examiner he/she must consider the following:

- o Are the submitted specials valid?
- o Are the submitted specials reasonable?
- o Are the submitted specials measurable and concrete?

Specials damages must be satisfied specifically because they do not necessarily follow as a result of the wrongful conduct alleged.  They must be developed in detail since they have an important bearing on the evaluation of a claim.

As an example, when considering _Medical expenses_ you must consider current/past (as it relates to the accident) and future medical bills.  Obviously past medical bills are those that have been incurred and related to the loss such as prescription medications, and co-pays for treatment.  These expenses are covering the period of time from the date of loss to the date of settlement, while Future medical expenses include such things as treatment to the injured party from the date of settlement forward.  For example, let's say a claimant had a crown on their tooth inserted as a result of our insured's negligence.  The cost of the dental care and placement of the crown is an example of past medical expenses.  The dentist advised the claimant that they will need a new crown every five years as they wear out and can fall off.  The dental bill from this future replacement is an example of a probable future medical expense.

Specials also include the _loss of income/earnings_, as with the medical expenses we must consider both the past and future loss of income that the claimant has submitted.  Obviously the past income is the income the claimant actually incurred as a result of the loss.  You must remember to verify loss of income claims in the same manner as you did in TCR1.  An example of a future loss of income claim would be that the claimant lost their job as a result of the injuries sustained in the accident and therefore is claiming loss of income from the time they left their job to some undetermined time in the future.

Another example of a loss of income claim we may see is _loss of earning capacity_.  In this example the claimant may have to take a lower paying job as a result of our insured's negligence or may not be able to work the overtime they had planned due to the accident related injury.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

5

We must also consider the general *expenditures* that the injured party was compelled to make solely as a result of the injury. These may include the hiring of a housekeeper, extra expenses for transportation because of inability to drive, or other expenses which would not have been incurred but for the injury. Other forms of *"out of pocket"* expenses can be for things such as travel expense from home to the doctor's office. Depending on the venue this example may not be permitted as an "out of pocket expense".

The last issue to consider involving special damages is collateral source. A collateral source rule is that the tortfeasor is answerable in damages for the results of his or her wrongful act. Where, as a consequence of the injuries received, the claimant/plaintiff is entitled to (or receives) benefits from a source other than the tortfeasor (collateral or side source), the general rule is that the tortfeasor is not entitled to a credit for these benefits against the total damages for which he or she is liable.

The most common example of collateral source is a case in which the employer continues the payment of salary or wages to the injured person during the period of his/her disability. Such payments do not represent earned income, regardless of whether they are made solely as a gift or in accordance with some contractual obligation assumed in the injured person's employment contract.

In either case, the payments come from a source other than the wrongdoer and, as a consequence, the wrongdoer is not entitled to a credit for them. The same conclusion would apply to benefits received by the injured party as a result of medical, health, or accident insurance, which the injured party purchased for his or her own benefit. Such insurance benefits could include Blue Cross, Blue Shield, major medical, as well as various accident and health plans.

Keep in mind that in jurisdictions that have adopted a no-fault statute or in which disposition of a claim or suit is regulated by application of such a statute; the claims person must look to the specific language of the statute to determine its effect on the collateral source rule. The applicable "tort threshold" must be met before the collateral source rule comes into play.

# General Damages

General damages are those that usually or necessarily result from the wrongful act alleged to be the basis of the claim. It is unnecessary to mention them specifically in the pleadings (law suit) since they are covered by general allegations.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01249

6

For example, if the complaint alleges that two cars collided, it is unnecessary specifically to allege that there was property damage because such damage necessarily follows the impact of two cars.  Also, if it is alleged that the claimant sustained injury, he or she needs not plead specifically that there was pain and suffering since, if injury was sustained, pain and suffering is a usual or necessary consequence.

There are several factors to consider when reviewing the **General Damage** portion of an injury claim.  These factors include the following:

- o   Mental anguish, Pain and suffering, Inconvenience
- o   Disfigurement
- o   Permanency
- o   Loss of consortium

**Pain and suffering** (physical and mental distress) is a non-pecuniary loss in the sense that the injured person has not sustained any monetary deprivation because of it.  It is, however, compensatory, since it is designed to reimburse (or compensate) the injured party for the pain, which he or she has suffered. Distress of this nature has no exchange value in the market, nor is there any guide or standard by which the money value of it can be measured.  The value of such distress is a question of facts that we must consider when evaluating the claim.

Should we be unable to settle the claim, the plaintiff can then submit their claim to the jury, under appropriate instructions from the court.  The jury, therefore, is the final arbiter of the valuation of this item of damage.  In some states, there is a limit on the amount of money that can be recovered for these damages. In coming to their conclusions, the jurors will usually hear a description of the injury, the pain that has been experienced, and the extent of the distress from the injured party.  He or she will usually be supported by the testimony of the physician, family members, the hospital records, pictures of the injured person following the accident and, in some rare cases, videotape of the operation to which the injured person was subjected.

The injured party is entitled to compensation for the physical or mental distress, which he or she has experienced.  Where the distress continues beyond the date of trial, the plaintiff is entitled to recover for future distress, upon a showing by medical testimony that the distress will continue and for what period of time it would be expected to continue.  This will include whether the distress will abate in intensity, remain constant, or increase in intensity with the passage of time.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

**Disfigurement** refers to scarring or other injuries to the appearance of the injured person.  There are many factors to consider when evaluating the disfigurement.  It is important that the examiner understands the extent and effect on the injured party's appearance.  You must further understand that the damage done by a disfiguring injury may be greater to one person than another.

We must acknowledge that the results of the injury will affect the injured party's future enjoyment of life and the ability to work.  There are possible masking factors such as hair growth, facial lines or contours, to consider as options to limit the exposure of a disfigurement, however not all of these masking factors pertain to all injured individuals.  Masking factors such as injury to an area normally covered by clothing, or that can be improved through plastic surgery are more of a generic in nature; and therefore could apply.

Remember that the "Cosmetic Value" done by a disfiguring injury may be greater to one person than that of another. We must not forget the social aspects of the injury claim as it relates to each individual.  We must price or evaluate a cosmetic scar by how it looks after plastic repair and be mindful that some unrepresented claimants or represented claimants may delay repair until after the trial; surgical intervention has a profound influence on value of the claim. Lastly, the injured person's age, gender and marital status also weighs into the values placed on a disfigurement.  When referring to a physical disability we must account for the affect of the injured party's future enjoyment of life and ability to work.

In claims involving a **permanent injury, the** injured party is entitled to ask for compensation for the future consequence of his/her permanent injury as well as those damages that have resulted up until the time of the settlement.  However, the injured party must offer competent evidence for his/her allegation of suffering a permanent injury for which recovery is sought.   "Reasonably/ probable" is insufficient to support a permanency claim.  The testimony of the treating physician or other expert witness and additional medical evidence is generally considered competent evidence.

With permanent injuries we must consider the affect on the earning power of the injured party.  As an example, the injured party may have to take a lesser paying job as a result of the permanent injury.  Should the injury result in a loss of limb(s), not only the earning capacity is affected but moderate to severe emotional distress often occurs, as discussed in our medical lesson.  Types of other permanent injuries include loss of an eye or both eyes, loss of hearing, and loss of the ability to father or bear children.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

8

# Work Life Expectancy

The average person may be prevented from pursuing his or her usual work occupation because of the quality or state of age, retirement (either mandatory or voluntary), or other contingencies.  Where it is necessary to measure the work-life of an individual who has suffered permanent disability or death, it is clear that the period of his future life that could be devoted to work is considerably less than the same person's life expectancy.  There are standardized tables in this area.

Some courts calculate the work-life of the plaintiff by using a life expectancy table together with the retirement age established by his employer.  The examiner should be aware of the procedure used in his or her jurisdiction.

# Loss of Consortium

At common law, the relationship of the wife to her husband was that of a very superior servant to the master.  Any tortious act of a third person (including personal injury) that interfered with the relationship and deprived the master (husband) of the services to  which he was entitled gave rise to a cause of action by the master (husband) against the wrongdoer for the damages that he sustained as a consequence of the loss of such services. It should be pointed out that this was an independent cause of action, which accrued to the husband because of the damages, which he himself had suffered, and for which only he could recover.  Under our present statutes, the wife may recover for her personal injuries, but the settlement or judgment recovered by the wife will not extinguish the husband's cause of action for loss of services.  You must also review your states laws on Civil Unions and Common Law marriages for Loss of Consortium claims handling.

The death of the wife will not put an end to the husband's cause of action, but it will limit his recovery to the damages, which he has sustained up to the time of her death. In the case of divorce or separation after the tort has been committed, the husband's right to the services of his wife would be limited to the period of time measured from the date of the accident up until the date of the divorce or separation.
The modern state of the law permits a wife to bring an action for the loss of her husband's consortium.

Consortium consists of **sex, society, and services.**  Any injury to one spouse, which deprives the other spouse of one or more of these elements, will support the non-injured spouse's cause of action.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

Sex is referring to the material relation of sexual intercourse.  You should take into account the age and physical capacity of the couple as well as their marital status at the time of loss and during the treatment time.

Society refers to companionship. You should take into account conditions of home life prior to occurrence and the couple's dependence on one another. If there were no home life to speak of, then there would be at the most a minimal loss.  This might be evidenced by the fact that the wife or husband spent very little time at home, consorted with other men or women, and generally neglected her/his marital duties.  In such a case, the companionship lost by the husband/wife would be practically non existent or very limited.

**Service** refers to the injured spouse's domestic services.  This loss could be demonstrated by the employment of a housekeeper, gardener or babysitter to accomplish the tasks normally undertaken by the injured spouse.  The cost of such a substitute would be the measure of damages.  As to services rendered to others, as where the injured spouse is gainfully employed, the non-injured spouse has no interest.

The injured spouse's earnings are his/her own and, therefore, any loss of earning capacity which he/she might sustain must be recovered in his or her own action. As part of the marital obligation, one spouse is responsible for the medical and other care needed by the other spouse.  In personal injury cases, where one spouse is injured, this obligation continues.  Therefore, the non-injured spouse has a cause of action against the tortfeasor for the money expended for the care of the injured spouse.  This item of damage is in addition to the claim for loss of consortium.

**NOTES:**

_____
_____
_____
_____
_____
_____
_____
_____

## Effect of a Pre-Existing Disability

The innocent victim of a tortious act is entitled to receive an award of money which will reasonably compensate him or her for the injuries suffered.  The innocent victim may be young or old, suffering from a disability or disease, or in perfect health.  The tortfeasor is responsible for the damages that are caused by his or her tortious act, regardless of the physical condition of the victim prior to the accident. The fact that a

Confidential Information of GEICO Companies
© Government Employees Insurance Company

10

person may be in perfect health and would have sustained little disability is not taken into account in reducing the tortfeasor's liability where, by reason of age or existing illness, the victim is subjected to an extended period of medical treatment and disability.

Where the injured person's disability is extended because of a pre-existing condition, be it due to age, prior permanent injuries sustained or an existing illness, the jury's task in determining the amount of the injured person's damages is based on the recovery process for the injuries sustained in the accident.  The amount awarded will reflect the damages <u>actually</u> sustained, without regard to the part played by the prior condition in extending the disability.  Where the prior condition has been aggravated by accident, when the aggravation has ceased, the liability of the defendant is at an end.

Where there is a prior condition and the injuries sustained in the accident have no relationship to the prior condition (and can be entirely disassociated from it), the liability of the defendant is limited to the effects of the injury caused by the accident.  However, a far more serious problem arises when the injuries for which the defendant is responsible, when <u>superimposed</u> upon the pre-existing condition, produce a greater disability than would ordinarily be the case if the injured party had not had the pre-existing condition.  Unless the injured party can disassociate the two conditions, he or she will be held responsible for the entire result.

**For example**, John is blind in one eye.  Through the negligence of Tina, John loses the sight of his good eye and is now completely blind.  Tina is answerable for John's blindness.  The extent of his liability is not mitigated by the fact that John's prior condition contributed to the final result.  Absent the accident, John would not have been blind.  Therefore, the accident is the proximate cause of John's blindness and Tina is answerable in damages.

## Minimal Impact Process Review

*Every claim is handled on its own merits.  These steps do not address the value to put on any injury claim.  These are steps that should be followed in order to reach the point where a decision on value can be made.*

Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01254

Procedures for identification, investigation, notification of potential minimal impact claims

1. RECORDED INTERVIEWS
   a. Necessary to request from all injured parties at the earliest opportunity
   b. Necessary to take from insured
      i. Confirm facts of accident
      ii. Gauge insured as a witness
   c. Ask questions per CIQ guidance
      i. Listen carefully as some responses may necessitate additional questions

2. REVIEW AND DOCUMENT  ISO
   a. Notes claim history of injured party

3. SECURE INJURED PARTY VEHICLE ESTIMATE AND PHOTOGRAPHS
   a. Earliest opportunity

4. SECURE INSURED VEHICLE PHOTOS
   a. Insured carries collision and is claiming damages –paycode 2b
   b. Insured carries collision but not claiming damages- paycode 1b
      i. Special instructions should be noted why bad paycode given
      ii. Can use paycode 13 if only photos needed
   c. Liability only- use paycode 13
      i. If an estimate is needed, note in special instructions

5. SIU REFERRALS
   a. Should be done on case by case basis or according to any regional guidelines

6. NOTIFICATION AND COMMUNICATION FOR CLAIMS WHERE MINIMAL IMPACT INVESTIGATION APPEARS TO BE WARRENTED
   a. Explain injury claims process and send proper authorization forms
   b. Verbally advise injured party or attorney of our minimal impact investigation (can be done prior to supervisor review) –

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

12

    c. Review with supervisor to determine if the minimal impact investigation letter should be sent

    d. Reiterate minimal impact investigation at the appropriate intervals where the injury claim is discussed with the injured party or their attorney

    e. If injured party is unrepresented, review with supervisor to send minimal impact investigation letter to providers (only if unrepresented)

7. SUPERVISOR INPUT

    a. Review with supervisor at earliest opportunity once claim has been identified as having minimal impact potential

    b. Supervisor will doc their review of file

    c. On claims being investigated as minimal impact, the adjuster will review with the supervisor for settlement authority. Offers should not be made prior to this.

    d. Injury claim denials due to minimal impact should be approved by the TCR2 manager.

8. CIQ UPON EVALUATION OF MINIMAL IMPACT INJURY CLAIM

    a. When an in-scope injury claim is selected in CIQ, and the claim is being handled as a minimal impact claim, select "Yes" on the low/minimal impact dropdown under "Determine General Factors"

    b. If the claim is not being handled as a minimal impact. e.g. objective injury, aggravating factors- select "No"

        i. If the value of the claim is not being compromised due to the low impact, select "No"

Morgan & Morgan
Mr. John Morgan
123 Main Street
Tampa Florida 32870

Company Name:        Geico General Insurance Company

Confidential Information of GEICO Companies
© Government Employees Insurance Company

Claim Number:          300082660-0101-010
Loss Date:             Monday, February 24, 2010
Policyholder:          Sue Norris

Dear Mr. Morgan,

We have received your demand of Date or Dollar Amount, on behalf of your client.
Part of our obligation as an insurer is to fully investigate all claims presented.  In our
desire to be fair in our decision, we are guided by all information provided to us or
found by way of our investigation.

After review of the documentation submitted and considering the fact that there was
little or no damage to the vehicles involved, we question whether your client could
have reasonably sustained the injuries described.

At this time, we are respectfully denying your client's injury claim as having casual
relationship to this loss.  However, we are willing to review any additional
information you have that would enable us to view this case in a different light.  If or
when this information is made available, we may consider our current position.

If you have any questions or wish to discuss this matter further, please call me at the
number listed below.


Sincerely,


Ursula Williams, Examiner Code H333
(301)986-3057
Claims Department




Glenn Franklin
23 East Broad Road
Matthews, NC 22870


**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**


GTM01257

14

| | |
|---|---|
| Company Name: | Geico General Insurance Company |
| Claim Number: | 300082661-0101-010 |
| Loss Date: | Monday, February 24, 2008 |
| Policyholder: | Bill Massey |

Dear Mr. Franklin,

Part of our obligation as an insurer is to fully investigate all claims presented. Because a claim is being made against our policy holder for this accident, we are under an obligation to request independent documentation which supports claim. Our investigation indicates that this accident was rather minor in nature.  It is difficult to understand the nature of the injuries alleged, considering the minor damage to the vehicles involved.  I have attached a copy of a photograph of the vehicle, which clearly shows little or no damage.

The medical documentation as well as the damages to the vehicle and other factors will be considered when reviewing this claim,.  It is our hope to resolve this claim in a fair and equitable manner; however, we question how the injury alleged could have arisen from this accident.  We will review any and all evidence presented to support this claim.

After the medical documentation has been reviewed the investigation ahs bee completed, it will be happy to discuss the merits of the claim.

After the medical documentation has been reviewed and the investigation ahs been completed, I will be happy to discuss the merits of the claim.  If you need to discuss this matter at any time, please feel free to contact me at the number listed below.

Sincerely,


Ursula Williams, Examiner Code H333
(301)986-3057
Claims Department



Johnson Dewy and & Kline
Mr. Edward Kline
Temple, TN 32870


| | |
|---|---|
| Company Name: | Geico General Insurance Company |

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

GTM01258

Claim Number:          400082661-0101-010
Loss Date:             Monday, February 14, 2009
Policyholder:          Greg Fraylon

Dear Mr. Kline,

Thank you for your letter of representation dated 02/15/2009.

Part of our obligation as an insurer is to fully investigate all claims presented. Because a claim is being made against our policy holder for this accident, we are under an obligation to request independent documentation which supports claim. Our investigation indicates that this accident was rather minor in nature.  It is difficult to understand the nature of the injuries alleged, considering the minor damage to the vehicles involved.  I have attached a copy of a photograph of the vehicle, which clearly shows little or no damage.

The medical documentation as well as the damages to the vehicle and other factors will be considered when reviewing this claim.  It is our hope to resolve this claim in a fair and equitable manner; however, we question how the injury alleged could have arisen from this accident.  We will review any and all evidence presented to support this claim.

After the medical documentation has been reviewed the investigation ahs bee completed, it will be happy to discuss the merits of the claim.

After the medical documentation has been reviewed and the investigation ahs been completed, I will be happy to discuss the merits of the claim.  If you need to discuss this matter at any time, please feel free to contact me at the number listed below.

Sincerely,

Ursula Williams, Examiner Code H333
(301)986-3057
Claims Department


Estamonte Chiropractic Clinic
To Whom It May Concern
402 East Sugar Creek Road
Charlotte, NC 28211

Company Name:          Geico General Insurance Company

Confidential Information of GEICO Companies
© Government Employees Insurance Company

16

Claim Number:          400082661-0101-010
Loss Date:             Monday, February 14, 2009
Policyholder:          Billy Massey
Patient:               Greg Fraylon

To Whom It May Concern,

It is our understanding that you are treating the above patient(s) for injuries sustained in an automobile accident that occurred on February 14, 2009.

Part of our obligation as an insurer is to fully investigate all claims presented. Because a claim is being made against our policy holder for this accident, we are under an obligation to request independent documentation which supports claim. Our investigation indicates that this accident was rather minor in nature. It is difficult to understand the nature of the injuries alleged, considering the minor damage to the vehicles involved. I have attached a copy of a photograph of the vehicle, which clearly shows little or no damage.

In order to properly evaluate this claim, we will need complete medical records, including the patient history questionnaire, daily office notes, and itemized bill. A separate request may follow requesting these items at a later date.

The medical documentation as well as the damages to the vehicle and other factors will be considered when reviewing this claim. It is our hope to resolve this claim in a fair and equitable manner; however, we question how the injury alleged could have arisen from this accident. We will review any and all evidence presented to support this claim.

After the medical documentation has been reviewed and the investigation ahs been completed, I will be happy to discuss the merits of the claim. If you need to discuss this matter at any time, please feel free to contact me at the number listed below.

Sincerely,

Ursula Williams, Examiner Code H333
(301)986-3057
Claims Department

## How to add a Lien Holder in ClaimIQ

Adding a Lien holder is extremely important. To add a lien holder you must first select the "parties" tab. The second step is to select "Add Lien holder".

Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01260



Confidential Information of GEICO Companies
© Government Employees Insurance Company

18

Step three is simply completing the information in the appropriate fields, at a minimum you must complete the mandatory fields noted with an asterisk "*". As you can see below we have added "Medicare" as a lien holder.  You must then select "save" to save and close this data box.



Confidential Information of GEICO Companies
© Government Employees Insurance Company

19

Once you have successfully saved and exited the lien holder data box, you will now see an orange color highlight in the feature detail panel noted on the left sidebar of ClaimIQ.



Confidential Information of GEICO Companies
© Government Employees Insurance Company

20

The second location to add a lien holder is on the bottom of the "Negotiation Conduct" Page. In the screen shot below, you will Medicare is showing as an existing Lien Holder.



Confidential Information of GEICO Companies
© Government Employees Insurance Company

GTM01264

## Medicare Liens

Medicare is a health insurance program for people age 65 or older, people under age 65 with certain disabilities, and people of all ages with End-Stage Renal Disease. When a Medicare beneficiary is injured in a motor vehicle or job-related accident, Medicare is a secondary payer to liability coverage, no-fault insurance or worker's compensation. However, if there is a delay in the payment of medical services by the primary payer (liability, no-fault or worker's compensation carrier), Medicare will make a conditional payment subject to later recovery.  Since October 2, 2006, the Medicare Secondary Payer Recovery Center ("MSPRC") under the direction of Health & Human Services has been responsible for recovery activities.

If an effort to determine primary versus secondary payer responsibility, identify Medicare eligible individuals earlier in the treatment process and to aid MSPRC recovery efforts, on December 29, 2007, Congress passed Section 111 of the Medicare, Medicaid and SCHIP Extension Act ("Section 111").  See 42 U.S.C. 1395y (b)(8).  The new legislation requires liability, no-fault and worker's compensation carriers to report Medicare beneficiaries who have received settlements, judgments, awards or other payments from liability insurance including no-fault benefits.  All insurance carriers must report bodily injury settlements, judgments or awards paid on or subsequent to January 1, 2010 and forward.  As to no-fault coverage only, including PIP and Med Pay, any obligation pending as of July 1, 2009 and subsequently, involving a Medicare beneficiary must be reported in 2010 in accordance with specified instructions.  <u>The first official transmittal report for both liability and no-fault will occur on June 15, 2010.</u>  Penalties for noncompliance are $1,000 per claim, per day.

For clarity purposes, the reporting requirements described below will only reference information applicable to the claims staff.  The reporting format and actual transmittal of information will be performed by technical departments within the company.

In order to determine whether an injured party is a Medicare beneficiary, we will submit a query report to the Medicare Coordination of Benefits Contractor (COBC). A query must include the following four (4) items of information:  (1) Name; (2) Date of birth; (3) Gender; and (4) Social Security Number or Medicare Health Insurance Claim Number (HICN).  Once the query is submitted and processed, Medicare will return a response record indicating whether the individual is a Medicare beneficiary. If the first or third party claim involves a Medicare beneficiary, we MUST report the claim to Medicare at the time of settlement, award, or determination of PIP or Med Pay eligibility.

<u>We will require that each Regional claim staff capture the (4) four mandatory query requirements described above to determine Medicare status.  Technical departments will complete the remainder of the reporting process.</u>

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

22

### 1. **Workflow for CSR, TCR, CU and PIP**

ECF currently contains fields for Name, Date of Birth and Social Security number.  A field will be added to ECF to capture Gender:



Given the importance of complying with the new law, ECF and mainframe will prevent Med Pay, PIP, BI, UM and UIM features from closing if one or more of the query requirements is missing.  If the data fields are not complete, the following error message will display:



You must obtain the missing information and update the Parties tab in ECF in order to close the feature.

An automated quarterly report will be sent to Medicare containing claims with PIP, Med Pay, BI, UM or UIM feature(s) with the four fields completed.  Medicare will report back if the party is Medicare eligible and their HICN (Health Insurance Claim Number).  The eligibility indicator and HICN fields in the screen shot below will automatically update.  If the party is Medicare eligible, an automated payment report will be sent to Medicare.  No action is required on the part of the examiner beyond documenting the name, date of birth, Social Security number and gender.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**

GTM01266

23



You can manually enter Yes or No in the Medicare Eligible field and manually enter the HICN.  The automated feed from Medicare will overwrite any information you manually enter into these fields.  Manual entries will display as a lower case y or n and system generated entries will display as capital letters Y or N.

You will also notice there are fields for the Cause of Injury and Injury Diagnosis. You do not need to complete these fields at this time.

**When to use the "Not Subject" function**
There are NO exceptions to the new reporting requirements.  If the customer has a Social Security number, we are required to submit the name, date of birth, Social Security number and gender to determine Medicare eligibility.

However, on occasion, an individual may not have a Social Security Number for a variety of reasons such as visiting the U.S. as a foreign national, residing in the country without proper documentation, or the rare situation in which a minor does not have a Social Security number.  In these instances, after supervisory approval, you can enter Not Subject in the Social Security Number field instead of a number.

Additionally, an injury feature may be opened in error.  For instance, based upon a customer's initial report of pain, an injury feature is opened but we are subsequently advised by the customer that he or she will not pursue a claim.  In these instances, you may enter Not Subject in the Social Security number field.  The field must be changed from Not Subject to Unknown if the claim is later re-opened.

Confidential Information of GEICO Companies
© Government Employees Insurance Company

24

Similar to the scenario above, if a feature is closed due to lack of interest and <u>no payments were issued under the injury feature</u>, the supervisor can approve the entry of <u>Not Subject</u> if the Social Security number or date of birth is not known.

Only after reviewing the file, a supervisor must enter an ALOG note documenting the reason why <u>Not Subject</u> was used.  The company may be subject to substantial financial penalties for each failure to comply with Federal Law.  <u>Not Subject</u> should never be used if the customer has a Social Security number and is pursuing an injury claim.

<u>The reporting requirements described in this document do not change our current procedures regarding the protection of Medicare liens.</u>

2.  **Procedures for obtaining the four (4) mandatory query requirements (Name, DOB, Gender, S.S.# or HICN) to determine Medicare status:**
The best and most direct method for obtaining this information is to ask the customer or his/her attorney for the information during the initial contact.  If the customer refuses, advise him or her that we are required by Federal Law to verify Medicare eligibility and politely but firmly request the information.  You should make a statement similar to:

> "Mr./Ms. Customer.  I appreciate your concerns about privacy.  GEICO makes every effort to safeguard the privacy of our customers' personal information.  We are required by Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 to determine if you are eligible for Medicare benefits and if so, report information related to (the settlement/Personal Injury Protection benefits/Medical Payments benefits).  We need your cooperation to comply with Federal Law."

If the customer continues to refuse, the following procedures are available to help you obtain the information.

**Letters**
You must send a Medical Reporting Notice Letter, CMS letter, or Medical Twelve Month Notice Letter via the Letters tab of ECF.
These letters include language promulgated by the Centers for Medicare and Medicaid (CMS) that explains the Reporting requirements and asks for the necessary query information.  Additionally, the CMS letter includes a section for individuals that refuse to provide the information. The CMS letter is attached below and the Notice letters read as follows:

Confidential Information of GEICO Companies
© Government Employees Insurance Company

Dear,

This letter is in response to your claim dated XXXX. Please complete and return the attached form using the enclosed return envelope.

The federal government now requires that GEICO investigate all possibilities of Medicare eligibility.  At the time of a settlement, or personal injury protection or medical payments responsibility, GEICO is required to notify Medicare if the recipient is Medicare eligible.  Please provide the following information to determine Medicare eligibility:

- Name
- Address
- Date of Birth
- Gender
- Social Security Number
- Medicare Claim Number (HICN)
- Completion and return of the attached "Consent to Release" and status inquiry form provided to us by Medicare.

Please note that the request for the Medicare information noted above and receipt of the information does not create any agreement as to coverage, liability or value and does not infer that any such agreement will be completed in the future.

If you have any questions, please contact me at the number below.

**Review Documentation**
If possible, a review of the following documents should provide most, if not all, of the required query information:  medical authorizations, PIP forms, Medical Payments Coverage forms, Bodily Injury claim forms, HCFA, UB92 or other medical bills, medical intake forms, and policy forms.  If intake forms are not attached to medical billing, request them in writing from the provider.

**Electronic Search**
If the information is not readily available, you can conduct an ISO ClaimSearch for prior claims history or a supervisor can run a People Search through Accurint.  You must not document a Social Security Number in ALOG or in an email pursuant to our privacy guidelines.  Supervisors with questions regarding Accurint should contact a regional SIU associate.

**Confidential Information of GEICO Companies**
**© Government Employees Insurance Company**